Glacier Oilfield Services, Inc
7345 Hwy 789
Lander, WY 82520

Joseph G Bourne
12249 26F St. NW
Watford City, ND 58854

| Employee Pay Stub | | Check number: DD77231 | | | | Pay Period: 06/18/2023 - 07/01/2023 | Pay Date: 07/07/2023 |
|---|---|---|---|---|---|---|---|

**Employee**
Joseph G Bourne, 12249 26F St. NW, Watford City, ND 58854

**SSN**
***-**-1600

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly {2} | 80:00 | 33.00 | 2,640.00 | 36,663.00 |
| Overtime (x1.5) hourly {2} | 39:00 | 49.50 | 1,930.50 | 28,512.00 |
| | 119:00 | | 4,570.50 | 65,175.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -333.00 | -5,181.00 |
| Social Security Employee | -283.37 | -4,040.85 |
| Medicare Employee | -66.27 | -945.04 |
| ND - Withholding | -72.00 | -1,046.00 |
| | -754.64 | -11,212.89 |

| Net Pay | 3,815.86 | 53,962.11 |
|---|---|---|

Glacier Oilfield Services, Inc
7345 Hwy 789
Lander, WY 82520

Joseph G Bourne
12249 26F St. NW
Watford City, ND 58854

| Employee Pay Stub | Check number: DD721231 | | | Pay Period: 07/02/2023 - 07/15/2023 | Pay Date: 07/21/2023 |
|---|---|---|---|---|---|

**Employee**
Joseph G Bourne, 12249 26F St. NW, Watford City, ND 58854

**SSN**
***-**-1600

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly {2} | 88:00 | 33.00 | 2,904.00 | 39,567.00 |
| Overtime (x1.5) hourly {2} | 37:00 | 49.50 | 1,831.50 | 30,343.50 |
| | 125:00 | | 4,735.50 | 69,910.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -370.00 | -5,551.00 |
| Social Security Employee | -293.60 | -4,334.45 |
| Medicare Employee | -68.66 | -1,013.70 |
| ND - Withholding | -54.00 | -1,100.00 |
| | -786.26 | -11,999.15 |

| Net Pay | 3,949.24 | 57,911.35 |
|---|---|---|

Glacier Oilfield Services, Inc, 7345 Hwy 789, Lander, WY 82520           Powered by Intuit Payroll

Glacier Oilfield Services, Inc
7345 Hwy 789
Lander, WY 82520

Joseph G Bourne
12249 26F St. NW
Watford City, ND 58854

**Employee Pay Stub**   Check number: DD69231   Pay Period: 05/21/2023 - 06/03/2023   Pay Date: 06/09/2023

**Employee**
Joseph G Bourne, 12249 26F St. NW, Watford City, ND 58854

**SSN**
***-**-1600

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly {2} | 80:00 | 33.00 | 2,640.00 | 31,383.00 |
| Overtime (x1.5) hourly {2} | 41:00 | 49.50 | 2,029.50 | 24,898.50 |
|  | 121:00 |  | 4,669.50 | 56,281.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -355.00 | -4,551.00 |
| Social Security Employee | -289.51 | -3,489.45 |
| Medicare Employee | -67.71 | -816.08 |
| ND - Withholding | -74.00 | -907.00 |
|  | -786.22 | -9,763.53 |

| Net Pay |  | 3,883.28 | 46,517.97 |
|---|---|---|---|

Glacier Oilfield Services, Inc
7345 Hwy 789
Lander, WY 82520

Joseph G Bourne
12249 26F St. NW
Watford City, ND 58854

| Employee Pay Stub | | Check number: DD84231 | | | Pay Period: 07/16/2023 - 07/29/2023 | Pay Date: 08/04/2023 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Joseph G Bourne, 12249 26F St. NW, Watford City, ND 58854 | | | | | ***-**-1600 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly {2} | 80:00 | 33.00 | 2,640.00 | 42,207.00 |
| Overtime (x1.5) hourly {2} | 33:00 | 49.50 | 1,633.50 | 31,977.00 |
| | 113:00 | | 4,273.50 | 74,184.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -291.00 | -5,842.00 |
| Social Security Employee | | | -264.96 | -4,599.41 |
| Medicare Employee | | | -61.97 | -1,075.67 |
| ND - Withholding | | | -45.00 | -1,145.00 |
| | | | -662.93 | -12,662.08 |
| **Net Pay** | | | **3,610.57** | **61,521.92** |

Glacier Oilfield Services, Inc, 7345 Hwy 789, Lander, WY 82520     Powered by **Intuit Payroll**

# Earnings Statement

**BOURNE, KASEY MACKINNON**

Company: 0TZ16 - MCKENZIE COUNTY HEALTHCARE SYSTEMS INC
709 4th Ave NE
Watford City  ND  58854   (701) 444-8785

| | |
|---|---|
| Pay Date: | 07/28/2023 |
| Period Start: | 07/09/2023 |
| Period End: | 07/22/2023 |
| Emp #: | A016 |
| Dept: | 44830 - NUTRITION |
| Pay Basis: | Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---:|---:|---:|---:|
| **Earnings** | | | | |
| Regular | 17.40 | 78.18 | 1360.33 | 15709.36 |
| Overtime | 26.10 | 1.54 | 40.19 | 985.21 |
| Paid Time Off | 0.00 | 0.00 | 0.00 | 553.56 |
| Retro Pay/Hour | 0.00 | 0.00 | 0.00 | 73.71 |
| Sick | 17.40 | 0.00 | 0.00 | 139.20 |
| Alternate Position | 18.43 | 0.00 | 0.00 | 2023.25 |
| Holiday Worked | 0.00 | 0.00 | 0.00 | 760.80 |
| Shift 2 Grade 1-6 | 0.00 | 0.00 | 0.00 | 32.85 |
| Shift 3 Grade 1-6 | 0.00 | 0.00 | 0.00 | 27.78 |
| Weekend Shift 1 Grade 1-6 | 1.50 | 14.36 | 21.54 | 313.14 |
| Weekend Shift 1 Grade 1-6 OT | 1.50 | 0.00 | 0.00 | 14.25 |
| Weekend Shift 2 Grade 1-6 | 0.00 | 0.00 | 0.00 | 19.95 |
| Weekend Shift 3 Grade 1-6 | 0.00 | 0.00 | 0.00 | 34.56 |
| **Gross** | | 94.08 | 1422.06 | 20687.62 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 0.00 | 0.00 |
| Medicare | | | 16.49 | 242.03 |
| Social Security | | | 70.50 | 1034.87 |
| North Dakota W/H(S) | | | 0.00 | 93.00 |
| **Deductions** | | | | |
| GARNISHMENT % 1 | | | 0.00 | 471.34 |
| 403b Contributions | | | 28.44 | 365.36 |
| Child Supplemental Life | | | 1.13 | 14.26 |
| Dental Coverage | | | 14.67 | 205.38 |
| Employee Supplemental Life | | | 1.88 | 13.48 |
| Long Term Disability | | | 2.73 | 5.46 |
| Medical Coverage | | | 253.86 | 3554.04 |
| Short Term Disability | | | 4.94 | 9.88 |
| Spouse Supplemental Life | | | 1.21 | 2.42 |
| Staff Dining Badge Purchases | | | 0.00 | 41.50 |
| Vision Coverage | | | 16.49 | 236.78 |
| Voluntary Life - After Tax | | | 0.00 | 7.72 |
| **Net Pay** | | | 1009.72 | 14390.10  Voucher No. 2975DD |

**Net Pay Distribution**

| | | |
|---|---:|---|
| Direct Deposit Net Check | 1009.72 | 14390.10  A/C:6149 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---:|---:|---|---|
| 403b Contributions - Match | 28.44 | 365.36 | *Company Match | |
| Dental ER memo * | 58.67 | 821.38 | *Memo Only | |
| Medical ER memo * | 799.15 | 12706.99 | *Memo Only | |

Voucher No. 2975DD

MCKENZIE COUNTY HEALTHCARE SYSTEMS INC
709 4th Ave NE                                         DATE: 07/28/2023
Watford City, ND   58854

Dept: 44830

**Net Pay:**                                                                1009.72
One Thousand Nine And 72/100 Dollars

BOURNE, KASEY MACKINNON
12249 26F ST NW                              **For Record Purposes Only**
WATFORD CITY, ND   58854                      **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**BOURNE, KASEY MACKINNON**

| | | |
|---|---|---|
| Pay Date: 07/14/2023 | Company: 0TZ16 - MCKENZIE COUNTY HEALTHCARE SYSTEMS INC | Emp #: A016 |
| Period Start: 06/25/2023 | 709 4th Ave NE | Dept: 44830 - NUTRITION |
| Period End: 07/08/2023 | Watford City  ND  58854   (701) 444-8785 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---:|---:|---:|---:|
| **Earnings** | | | | |
| Regular | 17.40 | 58.05 | 1010.07 | 14349.03 |
| Overtime | 26.10 | 2.58 | 67.34 | 945.02 |
| Paid Time Off | 17.40 | 14.00 | 243.60 | 553.56 |
| Retro Pay/Hour | 0.00 | 0.00 | 0.00 | 73.71 |
| Sick | 17.40 | 0.00 | 0.00 | 139.20 |
| Alternate Position | 18.43 | 0.00 | 0.00 | 2023.25 |
| Holiday Worked | 26.10 | 8.12 | 211.93 | 760.80 |
| Shift 2 Grade 1-6 | 0.00 | 0.00 | 0.00 | 32.85 |
| Shift 3 Grade 1-6 | 0.00 | 0.00 | 0.00 | 27.78 |
| Weekend Shift 1 Grade 1-6 | 1.50 | 12.22 | 18.33 | 291.60 |
| Weekend Shift 1 Grade 1-6 OT | 1.50 | 2.58 | 3.87 | 14.25 |
| Weekend Shift 2 Grade 1-6 | 0.00 | 0.00 | 0.00 | 19.95 |
| Weekend Shift 3 Grade 1-6 | 0.00 | 0.00 | 0.00 | 34.56 |
| **Gross** | | 97.55 | 1555.14 | 19265.56 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 0.00 | 0.00 |
| Medicare | | | 18.42 | 225.54 |
| Social Security | | | 78.75 | 964.37 |
| North Dakota W/H(S) | | | 0.00 | 93.00 |
| **Deductions** | | | | |
| GARNISHMENT % 1 | | | 0.00 | 471.34 |
| 403b Contributions | | | 31.10 | 336.92 |
| Child Supplemental Life | | | 1.13 | 13.13 |
| Dental Coverage | | | 14.67 | 190.71 |
| Employee Supplemental Life | | | 1.88 | 11.60 |
| Long Term Disability | | | 2.73 | 2.73 |
| Medical Coverage | | | 253.86 | 3300.18 |
| Short Term Disability | | | 4.94 | 4.94 |
| Spouse Supplemental Life | | | 1.21 | 1.21 |
| Staff Dining Badge Purchases | | | 2.50 | 41.50 |
| Vision Coverage | | | 16.49 | 220.29 |
| Voluntary Life - After Tax | | | 0.00 | 7.72 |
| **Net Pay** | | | 1127.46 | 13380.38  Voucher No. 2737DD |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---:|---:|---|
| Direct Deposit Net Check | 1127.46 | 13380.38 | A/C:6149 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---:|---:|---|---|
| 403b Contributions - Match | 31.10 | 336.92 | *Company Match | |
| Dental ER memo * | 58.67 | 762.71 | *Memo Only | |
| Medical ER memo * | 799.15 | 11907.84 | *Memo Only | |

Voucher No. 2737DD

MCKENZIE COUNTY HEALTHCARE SYSTEMS INC
709 4th Ave NE
Watford City, ND   58854

DATE: 07/14/2023

Dept: 44830

**Net Pay:**                                                                                                                    1127.46

One Thousand One Hundred Twenty Seven And 46/100 Dollars

BOURNE, KASEY MACKINNON
12249 26F ST NW
WATFORD CITY, ND  58854

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

BOURNE, KASEY MACKINNON

Company: 0TZ16 - MCKENZIE COUNTY HEALTHCARE SYSTEMS INC
709 4th Ave NE
Watford City  ND  58854   (701) 444-8785

Pay Date: 06/30/2023
Period Start: 06/11/2023
Period End: 06/24/2023

Emp #: A016
Dept: 44830 - NUTRITION
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 17.40 | 80.00 | 1392.00 | 13338.96 |
| Overtime | 26.10 | 4.06 | 105.97 | 877.68 |
| Paid Time Off | 0.00 | 0.00 | 0.00 | 309.96 |
| Retro Pay/Hour | 0.00 | 0.00 | 0.00 | 73.71 |
| Sick | 17.40 | 0.00 | 0.00 | 139.20 |
| Alternate Position | 18.43 | 0.00 | 0.00 | 2023.25 |
| Holiday Worked | 0.00 | 0.00 | 0.00 | 548.87 |
| Shift 2 Grade 1-6 | 0.00 | 0.00 | 0.00 | 32.85 |
| Shift 3 Grade 1-6 | 0.00 | 0.00 | 0.00 | 27.78 |
| Weekend Shift 1 Grade 1-6 | 1.50 | 12.12 | 18.18 | 273.27 |
| Weekend Shift 1 Grade 1-6 OT | 1.50 | 2.43 | 3.65 | 10.38 |
| Weekend Shift 2 Grade 1-6 | 0.00 | 0.00 | 0.00 | 19.95 |
| Weekend Shift 3 Grade 1-6 | 0.00 | 0.00 | 0.00 | 34.56 |
| **Gross** | | 98.61 | 1519.80 | 17710.42 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 0.00 | 0.00 |
| Medicare | | | 22.04 | 207.12 |
| Social Security | | | 94.22 | 885.62 |
| North Dakota W/H(S) | | | 0.00 | 93.00 |
| **Deductions** | | | | |
| GARNISHMENT % 1 | | | 0.00 | 471.34 |
| 403b Contributions | | | 30.40 | 305.82 |
| Child Supplemental Life | | | 0.00 | 12.00 |
| Dental Coverage | | | 0.00 | 176.04 |
| Employee Supplemental Life | | | 0.00 | 9.72 |
| Medical Coverage | | | 0.00 | 3046.32 |
| Staff Dining Badge Purchases | | | 0.00 | 39.00 |
| Vision Coverage | | | 0.00 | 203.80 |
| Voluntary Life - After Tax | | | 0.00 | 7.72 |
| **Net Pay** | | | 1373.14 | 12252.92 Voucher No. 2497DD |

**Net Pay Distribution**

| Direct Deposit Net Check | 1373.14 | 12252.92 A/C:6149 |
|---|---|---|

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 403b Contributions - Match | 30.40 | 305.82 | *Company Match | |
| Dental ER memo | 0.00 | 704.04 | *Memo Only | |
| Medical ER memo | 0.00 | 11108.69 | *Memo Only | |

Voucher No. 2497DD

MCKENZIE COUNTY HEALTHCARE SYSTEMS INC
709 4th Ave NE
Watford City, ND   58854

DATE: 06/30/2023

Dept: 44830

**Net Pay:**  1373.14

One Thousand Three Hundred Seventy Three And 14/100 Dollars

BOURNE, KASEY MACKINNON
12249 26F ST NW
WATFORD CITY, ND  58854

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**BOURNE, KASEY MACKINNON**

Company: 0TZ16 - MCKENZIE COUNTY HEALTHCARE SYSTEMS INC
709 4th Ave NE
Watford City  ND  58854   (701) 444-8785

Pay Date: 06/16/2023
Period Start: 05/28/2023
Period End: 06/10/2023

Emp #: A016
Dept: 44830 - NUTRITION
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---:|---:|---:|---:|
| **Earnings** | | | | |
| Regular | 17.40 | 71.77 | 1248.80 | 11946.96 |
| Overtime | 26.10 | 1.67 | 43.59 | 771.71 |
| Paid Time Off | 0.00 | 0.00 | 0.00 | 309.96 |
| Retro Pay/Hour | 0.00 | 0.00 | 0.00 | 73.71 |
| Sick | 17.40 | 0.00 | 0.00 | 139.20 |
| Alternate Position | 18.43 | 0.00 | 0.00 | 2023.25 |
| Holiday Worked | 26.10 | 8.23 | 214.80 | 548.87 |
| Shift 2 Grade 1-6 | 0.00 | 0.00 | 0.00 | 32.85 |
| Shift 3 Grade 1-6 | 0.00 | 0.00 | 0.00 | 27.78 |
| Weekend Shift 1 Grade 1-6 | 1.50 | 13.23 | 19.85 | 255.09 |
| Weekend Shift 1 Grade 1-6 OT | 1.50 | 1.27 | 1.91 | 6.73 |
| Weekend Shift 2 Grade 1-6 | 0.00 | 0.00 | 0.00 | 19.95 |
| Weekend Shift 3 Grade 1-6 | 0.00 | 0.00 | 0.00 | 34.56 |
| **Gross** | | 96.17 | 1528.95 | 16190.62 |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 0.00 | 0.00 |
| Medicare | | | 18.03 | 185.08 |
| Social Security | | | 77.13 | 791.40 |
| North Dakota W/H(S) | | | 0.00 | 93.00 |
| **Deductions** | | | | |
| GARNISHMENT % 1 | | | 0.00 | 471.34 |
| 403b Contributions | | | 30.58 | 275.42 |
| Child Supplemental Life | | | 1.00 | 12.00 |
| Dental Coverage | | | 14.67 | 176.04 |
| Employee Supplemental Life | | | 1.62 | 9.72 |
| Medical Coverage | | | 253.86 | 3046.32 |
| Staff Dining Badge Purchases | | | 4.50 | 39.00 |
| Vision Coverage | | | 16.49 | 203.80 |
| Voluntary Life - After Tax | | | 0.00 | 7.72 |
| **Net Pay** | | | 1111.07 | 10879.78  Voucher No. 2249DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---:|---|
| Direct Deposit Net Check | | | 1111.07 | 10879.78  A/C:6149 |

| **Employee Benefits, Allowances, and Other** | | | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---:|---:|---|---|
| 403b Contributions - Match | | | 30.58 | 275.42 | *Company Match | |
| Dental ER memo * | | | 58.67 | 704.04 | *Memo Only | |
| Medical ER memo * | | | 1015.44 | 11108.69 | *Memo Only | |

Voucher No. 2249DD

MCKENZIE COUNTY HEALTHCARE SYSTEMS INC
709 4th Ave NE
Watford City, ND   58854

DATE: 06/16/2023

Dept: 44830

**Net Pay:**   1111.07

One Thousand One Hundred Eleven And 07/100 Dollars

BOURNE, KASEY MACKINNON
12249 26F ST NW
WATFORD CITY, ND  58854

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***