```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO                                    EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING            US BANKRUPTCY COURT                ABILITY RECOVERY SERVICES LLC
NCRS ADDRESS DOWNLOAD                        655 1ST AVENUE NORTH  SUITE 210   PO BOX 4262
CASE 23-30259                                FARGO  ND 58102-4932              SCRANTON  PA 18505-6262
DISTRICT OF NORTH DAKOTA
TUE AUG 8 15-36-10 PST 2023


CCS                                          (P)CAINE  WEINER COMPANY          CAPITAL ONE
725 CANTON STREET                            12005 FORD ROAD 300               ATTN BANKRUPTCY
NORWOOD  MA 02062-2609                       DALLAS TX 75234-7262              PO BOX 30285
                                                                               SALT LAKE CITY  UT 84130-0285


CREDIT ONE BANK NA                           CREDIT ONE BANK NA                DCI CREDIT SERVICES INC
ATTN BANKRUPTCY                              PO BOX 98871                      121 EAST ROSSER AVENUE
PO BOX 98871                                 LAS VEGAS  NV 89193-8871          BISMARCK  ND 58501-3864
LAS VEGAS  NV 89193-8871


                                             EXCLUDE
DCI CREDIT SERVICES  INC                     (D)DCI CREDIT SERVICES  INC       DOUGLAS KNOERTZER
ATTN BANKRUPTCY                              ATTN BANKRUPTCY                   12249 26F ST
121 EAST POSSER AVE                          121 EAST POSSER AVE               WATFORD CITY  ND 58854-9624
BISMARCK  ND 58501-3864                      BISMARCK  ND 58501-3864


EXETER FINANCE LLC                           FIRST PREMIER BANK                GALAXY INTERNATIONAL PURCHASING  LLC
ATTN BANKRUPTCY                              ATTN BANKRUPTCY                   4730 S FORT APACHE ROAD SUITE 300
PO BOX 166008                                PO BOX 5524                       LAS VEGAS  NV 89147-7947
IRVING  TX 75016-6008                        SIOUX FALLS  SD 57117-5524


HOSPITAL SERVICES  INC                       INDIGO MASTERCARD                 INTERNAL REVENUE SERVICE
PO BOX 7340                                  GENESIS FS CARD SERVICES          PO BOX 7346
BISMARCK  ND 58507-7340                      PO BOX 4477                       PHILADELPHIA  PA 19101-7346
                                             BEAVERTON  OR 97076-4401


(P)JEFFERSON CAPITAL SYSTEMS LLC             KELLY JEAN MOE  ESQ               LAW OFFICE OF CHRISTOPHER A CARLSON
PO BOX 7999                                  MCKENZIE COUNTY ASSISTANT STATES  POST OFFICE BOX 7428
SAINT CLOUD MN 56302-7999                    ATTORNE                           BISMARCK  ND 58507-7428
                                             201 FIFTH ST NW  STE 550
                                             WATFORD CITY  ND 58854-7129


LEGENDARY SMILES PC                          LVNV FUNDING LLC                  MCKENZIE COUNTY HEALTHCARE SYSTEMS  IN
361 NORTH MAIN ST S                          55 BEATTIE PL                     709 4TH AVE NE
WATFORD CITY  ND 58854                       GREENVILLE  SC 29601-5115         WATFORD CITY  ND 58854-7628


MCKENZIE COUNTY DISTRICT COURT               MIDLAND CREDIT MANAGEMENT         MOBILOANS  LLC
201 5TH ST NW 524                            ATTN BANKRUPTCY                   ATTN BANKRUPTCY
WATFORD CITY  ND 58854-7118                  PO BOX 939069                     PO BOX 1409
                                             SAN DIEGO  CA 92193-9069          MARKSVILLE  LA 71351-1409
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

```
(P)MONARCH RECOVERY MANAGEMENT  INC      NETCREDIT                                NORTH DAKOTA
ATTN COMPLIANCE                          ATTN BANKRUPTCY                          BENEFIT SECTION PO BOX 5507
3260 TILLMAN DRIVE                       175 W JACKSON BLVD STE 1000              BISMARCK  ND 58506-5507
SUITE 75                                 CHICAGO   IL 60604-2863
BENSALEM PA 19020-2059


NORTH DAKOTA OFFICE OF STATE TAX         ONEMAIN FINANCIAL                        OPPLOANSFEB
COMMISS                                  ATTN BANKRUPTCY                          ATTN BANKRUPTCY DEPT
600 E BOULEVARD AVE DEPT 127             PO BOX 3251                              130 E RANDOLPH ST SUITE 3400
BISMARCK  ND 58505-0602                  EVANSVILLE  IN 47731-3251                CHICAGO  IL 60601-6379


PROCOLLECT SERVICES  LLC                 PROGRESSIVE                              RADIUS GLOBAL SOLUTIONS
215 11TH AVENUE SW PO BOX 389            6300 WILSON MILLS RD                     PO BOX 390846
MINOT  ND 58702-0389                     MAYFIELD VILLAGE  OH 44143-2182          MINNEAPOLIS  MN 55439-0846


RESURGENT CAPITAL SERVICES               SIDNEY HEALTH CENTER                     STATE OF MICHIGAN
ATTN BANKRUPTCY                          214 14TH AVE SW 114                      KALKASKA COUNTY COURTS
PO BOX 10497                             SIDNEY  MT 59270-3521                    605 NORTH BIRCH STREET
GREENVILLE  SC 29603-0497                                                         KALKASKA  MI 49646-8414


                                                                                  DEBTOR
SYNERGETIC COMMUNICATION  INC            THE BANK OF MISSOURI                     JOSEPH BOURNE
5450 NW CENTRAL 220                      916 N KINGS HWY                          12249 26F STREET NW
HOUSTON  TX 77092-2061                   PERRYVILLE  MO 63775-1204                WATFORD CITY  ND 58854-9624


KASEY BOURNE                             KYLE L CARLSON                           MAURICE VERSTANDIG
12249 26F STREET NW                      BANKRUPTCY TRUSTEE                       THE DAKOTA BANKRUPTCY FIRM
WATFORD CITY  ND 58854-9624              PO BOX 519                               1630 1ST AVENUE N
                                         BARNESVILLE  MN 56514-0519               SUITE B PMB 24
                                                                                  FARGO  ND 58102-4246


ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320
```