United States Bankruptcy Court

District of North Dakota

In re:  Case No. 23-30259-skh
Joseph Bourne  Chapter 13
Kasey Bourne
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 3
Date Rcvd: Aug 08, 2023     Form ID: 309I     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Bourne, Kasey Bourne, 12249 26F Street NW, Watford City, ND 58854-9624 |
| 1086940 | + | DCI Credit Services Inc., 121 East Rosser Avenue, Bismarck, ND 58501-3864 |
| 1086941 | + | DCI Credit Services, Inc, Attn: Bankruptcy, 121 East Posser Ave., Bismarck, ND 58501-3864 |
| 1086943 | + | Douglas Knoertzer, 12249 26F St, Watford City, ND 58854-9624 |
| 1086947 | + | Hospital Services, Inc, PO Box 7340, Bismarck, ND 58507-7340 |
| 1086951 | + | Kelly Jean Moe, Esq., McKenzie County Assistant States Attorne, 201 Fifth St. NW., Ste. 550, Watford City, ND 58854-7129 |
| 1086952 | | Law Office of Christopher A. Carlson, Post Office Box 7428, Bismarck, ND 58507-7428 |
| 1086953 | | Legendary Smiles PC, 361 North Main St S, Watford City, ND 58854 |
| 1086956 | + | McKenzie County Healthcare Systems, Inc., 709 4th Ave NE, Watford City, ND 58854-7628 |
| 1086955 | + | Mckenzie County District Court, 201 5th St NW #524, Watford City, ND 58854-7118 |
| 1086961 | | North Dakota, Benefit Section PO Box 5507, Bismarck, ND 58506-5507 |
| 1086962 | + | North Dakota Office of State Tax Commiss, 600 E. Boulevard Ave. Dept. 127, Bismarck, ND 58505-0602 |
| 1086965 | | ProCollect Services, L.L.C., 215 11th Avenue SW PO Box 389, Minot, ND 58702-0389 |
| 1086969 | + | Sidney Health Center, 214 14th Ave SW #114, Sidney, MT 59270-3521 |
| 1086970 | + | State of Michigan, Kalkaska County Courts, 605 North Birch Street, Kalkaska, MI 49646-8414 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Aug 08 2023 18:49:00 | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102 |
| tr | + | Email/Text: INFO@CARLSONCH13MN.COM | Aug 08 2023 18:49:00 | Kyle L. Carlson, Bankruptcy Trustee, P.O. Box 519, Barnesville, MN 56514-0519 |
| 1086934 | + | Email/Text: mnapoletano@ars-llc.biz | Aug 08 2023 18:49:00 | Ability Recovery Services LLC, PO Box 4262, Scranton, PA 18505-6262 |
| 1086935 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 08 2023 18:49:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd. 4th Floor, Sherman Oaks, CA 91411 |
| 1086937 | + | EDI: CCS.COM | Aug 08 2023 22:43:00 | CCS, 725 Canton Street, Norwood, MA 02062-2609 |
| 1086936 | + | EDI: CAPITALONE.COM | Aug 08 2023 22:43:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 1086938 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2023 18:54:01 | Credit One Bank N.A., Attn: Bankruptcy, P.O. Box 98871, Las Vegas, NV 89193-8871 |
| 1086939 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2023 18:54:03 | Credit One Bank N.A., P.O. Box 98871, Las Vegas, NV 89193-8871 |
| 1086944 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 08 2023 18:54:00 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |

| District/off: 0868-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2023 | Form ID: 309I | Total Noticed: 41 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 1086945 | + | EDI: AMINFOFP.COM | Aug 08 2023 22:43:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 1086946 | + | Email/Text: galaxybk@galaxyllc.net | Aug 08 2023 18:49:00 | GALAXY INTERNATIONAL PURCHASING, LLC, 4730 S. Fort Apache Road Suite 300, Las Vegas, NV 89147-7947 |
| 1086948 | + | EDI: PHINGENESIS | Aug 08 2023 22:43:00 | Indigo Mastercard, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 1086949 | | EDI: IRS.COM | Aug 08 2023 22:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1086950 | | EDI: JEFFERSONCAP.COM | Aug 08 2023 22:43:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 1086954 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2023 18:54:03 | Lvnv Funding LLC, 55 Beattie Pl, Greenville, SC 29601-5115 |
| 1086959 | | Email/Text: compliance@monarchrm.com | Aug 08 2023 18:49:00 | Monarch Recovery Management, Inc., 3260 Tillman Drive Suite 75, Bensalem, PA 19020 |
| 1086957 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2023 18:49:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 1086958 | ^ | MEBN | Aug 08 2023 18:38:34 | Mobiloans, LLC, Attn: Bankruptcy, PO Box 1409, Marksville, LA 71351-1409 |
| 1086960 | + | Email/Text: netcreditbnc@enova.com | Aug 08 2023 18:49:16 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd Ste. 1000, Chicago, IL 60604-2863 |
| 1086963 | + | EDI: AGFINANCE.COM | Aug 08 2023 22:43:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 1086964 | + | Email/Text: opportunitynotices@gmail.com | Aug 08 2023 18:49:00 | Opploans/feb, Attn: Bankruptcy Dept, 130 E Randolph St. Suite 3400, Chicago, IL 60601-6379 |
| 1086966 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 08 2023 18:49:00 | Progressive, 6300 Wilson Mills Rd., Mayfield Village, OH 44143-2182 |
| 1086967 | + | Email/Text: ngisupport@radiusgs.com | Aug 08 2023 18:49:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 1086968 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2023 18:54:19 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 1086971 | ^ | MEBN | Aug 08 2023 18:38:34 | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 1086972 | + | Email/Text: kmattingly@bankofmissouri.com | Aug 08 2023 18:49:00 | THE BANK OF MISSOURI, 916 N Kings Hwy, Perryville, MO 63775-1204 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1086942 | *+ | DCI Credit Services, Inc, Attn: Bankruptcy, 121 East Posser Ave, Bismarck, ND 58501-3864 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 08, 2023 | Form ID: 309I | Total Noticed: 41 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023         Signature:     /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Joseph Bourne<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–1600<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Kasey Bourne<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–4869<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of North Dakota | Date case filed for chapter: 13    8/7/23 | |
| Case number: | 23–30259 | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph Bourne | Kasey Bourne |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 12249 26F Street NW<br>Watford City, ND 58854 | 12249 26F Street NW<br>Watford City, ND 58854 |
| 4. | **Debtor's attorney**<br>Name and address | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102 | Contact phone 701–394–3215<br><br>Email: mac@mbvesq.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Kyle L. Carlson<br>Bankruptcy Trustee<br>P.O. Box 519<br>Barnesville, MN 56514 | Contact phone 218–354–7356<br><br>Email: info@carlsonch13mn.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102 | Hours open:<br>8:00am–4:30pm Mon–Fri<br><br>Contact phone (701) 297–7100<br><br>Date: 8/8/23 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | September 5, 2023 at 11:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Video/teleconference \*ONLY\*, Contact trustee (see Section 5), for direction.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/6/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/16/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/5/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | You will receive a copy of the proposed plan. The hearing on confirmation will be held on:<br>**October 17, 2023** at **02:05 PM** , Location: **Video Conference, Go to:, www.ndb.uscourts.gov/video–conferences**<br>**Deadline to Object to Plan: 10/3/23**   If no objection is timely filed, the court may confirm the plan without a hearing pursuant to D.N.D. Bankr. L.R. 3015–2. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |