**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                                                    BKY 23-30259

Joseph & Kasey Bourne,

                  Debtor(s).

**NOTICE OF ADJOURNMENT AND RESCHEDULING OF MEETING OF CREDITORS**

**PLEASE TAKE NOTICE** that the Meeting of Creditors is non-concluded and has been adjourned by the Trustee pursuant to Fed. R. Bankr. P. 2003(e).  The Meeting of Creditors is continued to Thursday, October 5, 2023, at 10:00 a.m. and will be held by video/telephone conference ONLY.

Debtors, creditors, attorneys, and parties in interest should connect to the hearing pursuant to previously circulated connection instructions.  Requests for connection instructions may be made by calling the Trustee's Office at 218-354-7356 or by emailing info@carlsonch13mn.com.  Please request connection instructions at least three days prior to the scheduled hearing.

If you have any issues connecting by video or telephone at the scheduled time, please call the Trustee's Office at 218-354-7356.

Dated: September 6, 2023

                                                            /s/ Kyle L. Carlson
                                                            Kyle L. Carlson
                                                            Chapter 12 and 13 Trustee
                                                            PO Box 519
                                                            Barnesville, MN  56514
                                                            218-354-7356

1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                                          BKY 23-30259

Joseph & Kasey Bourne,

        Debtor(s).

## UNSWORN DECLARATION FOR PROOF OF SERVICE

The undersigned declares that on the date indicated below, I served the attached Notice of Rescheduled Meeting of Creditors upon all entities named below by first class mail postage prepaid and to any entities who are filing users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Joseph & Kasey Bourne
12249 26F Street NW
Watford City, ND 58854

Creditors appearing at initial 341 meeting of creditors:
None

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: September 6, 2023

/e/ Connie Akers
Connie Akers
Chapter 12 & 13 Office

2