ocontVid(02/21)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Joseph Bourne
Kasey Bourne

Debtor(s)

CHAPTER 13
Bankruptcy No.
*23−30259*

## ORDER GRANTING CONTINUANCE
## AND RESCHEDULING VIDEO CONFERENCE HEARING

The parties filed a stipulated motion to continue the video conference hearing scheduled for **October 17, 2023**. The Court finds cause for granting the continuance.

IT IS ORDERED that the video conference hearing on:

Confirmation Hearing of Debtors' Chapter 13 Plan, filed August 7, 2023. (Doc. 2)

will be held on **November 16, 2023** at **02:00 PM**.

Video Conference Instructions are located at: https://www.ndb.uscourts.gov/video−conferences. Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site, generally not less than 48 hours (72 hours preferred) in advance of the hearing. To test the connection, please submit a testing request at https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot or Grand Forks must contact the Bankruptcy Clerk?s Office at (701) 297−7100 or email clerks_office@ndb.uscourts.gov. **Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.**

Please be advised that all hearings are evidentiary unless, upon the Court's initiative or the written request of a party, the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witnesses and exhibits not later than two business days before the hearing on a contested matter.

Dated: October 17, 2023

**/s/ Shon Hastings**
Judge, U.S. Bankruptcy Court

Copy served electronically October 17, 2023 on Debtor's attorney for service on all parties and creditors for Case No. 23−30259