United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re: | Case No. 23-30259-skh |
| Joseph Bourne | Chapter 13 |
| Kasey Bourne | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 17, 2023 | Form ID: ocontVid | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Bourne, 12249 26F Street NW, Watford City, ND 58854-9624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kyle L. Carlson | info@carlsonch13mn.com  kcarlson13@ecf.epiqsystems.com |
| Maurice VerStandig | on behalf of Debtor Joseph Bourne mac@mbvesq.com<br>mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor Kasey Bourne mac@mbvesq.com<br>mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 4

ocontVid(02/21)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Joseph Bourne
Kasey Bourne

Debtor(s)

CHAPTER 13
Bankruptcy No.
*23−30259*

## ORDER GRANTING CONTINUANCE
## AND RESCHEDULING VIDEO CONFERENCE HEARING

The parties filed a stipulated motion to continue the video conference hearing scheduled for **October 17, 2023**. The Court finds cause for granting the continuance.

IT IS ORDERED that the video conference hearing on:

Confirmation Hearing of Debtors' Chapter 13 Plan, filed August 7, 2023. (Doc. 2)

will be held on **November 16, 2023** at **02:00 PM**.

Video Conference Instructions are located at: https://www.ndb.uscourts.gov/video−conferences. Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site, generally not less than 48 hours (72 hours preferred) in advance of the hearing. To test the connection, please submit a testing request at https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot or Grand Forks must contact the Bankruptcy Clerk?s Office at (701) 297−7100 or email clerks_office@ndb.uscourts.gov. **Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.**

Please be advised that all hearings are evidentiary unless, upon the Court's initiative or the written request of a party, the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witnesses and exhibits not later than two business days before the hearing on a contested matter.

Dated: October 17, 2023

**/s/ Shon Hastings**
Judge, U.S. Bankruptcy Court

Copy served electronically October 17, 2023 on Debtor's attorney for service on all parties and creditors for Case No. 23−30259