IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-30259 |
| Joseph Bourne ) | Chapter 13 |
| Kasey Bourne ) | |
| ) | |
| Debtors ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2023, I caused a copy of this Honorable Court's Order Granting Continuance and Rescheduling Video Conference Hearing (DE #16) to be served, postage prepaid, upon all parties on the attached mailing matrix.

Respectfully submitted,

Dated: November 2, 2023     By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of November, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

1