| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 23-30259<br>District of North Dakota<br>Fargo<br>Thu Nov  2 07:03:31 CDT 2023 | Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 |
| Ability Recovery Services LLC<br>PO Box 4262<br>Scranton, PA 18505-6262 | Brandon S. Lefkowitz<br>29777 Telegraph Road, Suite 2440<br>Southfield, MI 48034-7667 | CCS<br>725 Canton Street<br>Norwood, MA 02062-2609 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Credit One Bank N.A.<br>Attn: Bankruptcy<br>P.O. Box 98871<br>Las Vegas, NV 89193-8871 |
| Credit One Bank N.A.<br>P.O. Box 98871<br>Las Vegas, NV 89193-8871 | DCI Credit Services Inc.<br>121 East Rosser Avenue<br>Bismarck, ND 58501-3864 | DCI Credit Services, Inc<br>Attn: Bankruptcy<br>121 East Posser Ave<br>Bismarck, ND 58501-3864 |
| Douglas Knoertzer<br>12249 26F St<br>Watford City, ND 58854-9624 | Exeter Finance LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>Attn: Bankruptcy<br>PO Box 166008<br>Irving, TX 75016-6008 |
| Exeter Finance LLC<br>PO Box 650693<br>Dallas, TX 75265-0693 | First Electronic Bank<br>c/o Opportunity Financial, LLC<br>130 E. Randolph Street, Suite 3400<br>Chicago, IL 60601-6379 | First Premier Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| GALAXY INTERNATIONAL PURCHASING, LLC<br>4730 S. Fort Apache Road Suite 300<br>Las Vegas, NV 89147-7947 | Hospital Services, Inc<br>PO Box 7340<br>Bismarck, ND 58507-7340 | Indigo Mastercard<br>Genesis FS Card Services<br>PO Box 4477<br>Beaverton, OR 97076-4401 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kelly Jean Moe, Esq.<br>McKenzie County Assistant States Attorne<br>201 Fifth St. NW., Ste. 550<br>Watford City, ND 58854-7129 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Law Office of Christopher A. Carlson<br>Post Office Box 7428<br>Bismarck, ND 58507-7428 | Legendary Smiles PC<br>361 North Main St S<br>Watford City, ND 58854 |
| Lvnv Funding LLC<br>55 Beattie Pl<br>Greenville, SC 29601-5115 | McKenzie County Healthcare Systems, Inc.<br>709 4th Ave NE<br>Watford City, ND 58854-7628 | Mckenzie County District Court<br>201 5th St NW #524<br>Watford City, ND 58854-7118 |

```
Midland Credit Management              Midland Credit Management, Inc.        Mobiloans, LLC
Attn: Bankruptcy                       PO Box 2037                            Attn: Bankruptcy
PO Box 939069                          Warren, MI 48090-2037                  PO Box 1409
San Diego, CA 92193-9069                                                      Marksville, LA 71351-1409


(p)MONARCH RECOVERY MANAGEMENT  INC    NetCredit                              NetCredit
ATTN COMPLIANCE                        175 W Jackson Blvd                     Attn: Bankruptcy
3260 TILLMAN DRIVE                     Suite 1000                             175 W Jackson Blvd Ste. 1000
SUITE 75                               Chicago, IL 60604-2863                 Chicago, IL 60604-2863
BENSALEM PA 19020-2059


North Dakota                           North Dakota Office of State Tax Commiss   Onemain Financial
Benefit Section PO Box 5507            600 E. Boulevard Ave. Dept. 127        Attn: Bankruptcy
Bismarck, ND 58506-5507                Bismarck, ND 58505-0602                PO Box 3251
                                                                              Evansville, IN 47731-3251


Opploans/feb                           Pinnacle Service Solutions LLC          (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Attn: Bankruptcy Dept                  4408 Milestrip Rd #247                 PO BOX 41067
130 E Randolph St. Suite 3400          Blasdell, NY 14219-2553                NORFOLK VA 23541-1067
Chicago, IL 60601-6379


Premier Bankcard, LLC                  ProCollect Services, L.L.C.            Progressive
Jefferson Capital Systems LLC Assignee 215 11th Avenue SW PO Box 389          6300 Wilson Mills Rd.
Po Box 7999                            Minot, ND 58702-0389                   Mayfield Village, OH 44143-2182
Saint Cloud MN 56302-7999


Quantum3 Group LLC as agent for        Radius Global Solutions                Resurgent Capital Services
Galaxy International Purchasing LLC    PO Box 390846                          Attn: Bankruptcy
PO Box 788                             Minneapolis, MN 55439-0846             PO Box 10497
Kirkland, WA  98083-0788                                                      Greenville, SC 29603-0497


Sidney Health Center                   State of Michigan                      Synergetic Communication, Inc.
214 14th Ave SW #114                   Kalkaska County Courts                 5450 N.W. Central #220
Sidney, MT 59270-3521                  605 North Birch Street                 Houston, TX 77092-2061
                                       Kalkaska, MI 49646-8414


THE BANK OF MISSOURI                   US Department of Education             Verizon
916 N Kings Hwy                        PO Box 16448                           by American InfoSource as agent
Perryville, MO 63775-1204              Saint Paul MN 55116-0448               PO Box 4457
                                                                              Houston, TX  77210-4457


Joseph Bourne                          Kasey Bourne                           Kyle L. Carlson
12249 26F Street NW                    12249 26F Street NW                    Bankruptcy Trustee
Watford City, ND 58854-9624            Watford City, ND 58854-9624            P.O. Box 519
                                                                              Barnesville, MN 56514-0519


Maurice VerStandig                     Robert B. Raschke
The Dakota Bankruptcy Firm             Assistant U.S. Trustee
1630 1st Avenue N                      Suite 1015 U.S. Courthouse
Suite B PMB 24                         300 South Fourth Street
Fargo, ND 58102-4246                   Minneapolis, MN 55415-1320
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd.  4th Floor<br>Sherman  Oaks, CA 91411 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | (d)Jefferson Capital Systems, LLC<br>Attn: Bankruptcy<br>16 McLeland Rd<br>Saint Cloud, MN 56303 |
| Monarch Recovery Management, Inc.<br>3260 Tillman Drive Suite 75<br>Bensalem, PA 19020 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)DCI Credit Services, Inc<br>Attn: Bankruptcy<br>121 East Posser Ave.<br>Bismarck, ND 58501-3864 | End of Label Matrix<br>Mailable recipients    58<br>Bypassed recipients     1<br>Total                  59 |