UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Joseph Bourne and
Kasey Bourne,

        Debtors.

_____/

Bankruptcy No. 23-30259
Chapter 13

## NOTICE OF OBJECTION TO CLAIM

<u>Debtors, Joseph Bourne and Kasey Bourne,</u> filed a partial objection to your claim (Doc. 19) in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

If you do not want the court to eliminate or change your claim, then on or before **December 14, 2023**, you or your attorney must file a written response to the objection explaining your position. Your attorney may file your response electronically in CM/ECF.

Alternatively, you may mail your response to the Court for filing.   Send it to:

U.S. Bankruptcy Court,
655 First Avenue North, Suite 210,
Fargo, North Dakota 58102.

If you mail your response to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date noted above.

You must also send a copy to:

Attorney Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N., Suite B PMB 24
Fargo, ND 58102

If you file an objection or response, you must also attend the video conference hearing on the objection, scheduled to be held on **Tuesday, December 19, 2023, at 2:00 P M.**   If you or your attorney do not take these steps, the Court will assume you do not oppose the objection to your claim and cancel the hearing.

Video Conference Instructions, **Procedures**, and the link to join are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.**   To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform.   Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov.   Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Dated: November 13, 2023.

Kay M. Melquist, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4932

By: */s/ Sharon Horsager*
Sharon Horsager, Deputy Clerk

Copy served electronically November 13, 2023, to Attorney Maurice VerStandig for service.