IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30259 |
| | ) | (Chapter 13) |
| JOSEPH & KASEY BOURNE | ) | |
| | ) | |
| Debtors. | ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2023, I caused a copy of this Honorable Court's Notice of Objection to Claim (DE #20) to be served, via first class mail, postage prepaid, upon:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Attorney's Office
Attn: Civil Process Clerk
655 First Avenue North
Suite 250
Fargo, ND 58102-4932

Hon. Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Kyle L. Carlson, Esq.
Bankruptcy Trustee
P.O. Box 519
Barnesville, MN 56514

Robert B. Raschke, Esq.
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

/s/ Maurice B. VerStandig
Maurice B. VerStandig

1