UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30259 |
| Joseph Bourne and<br>Kasey Bourne,<br>        Debtors.<br>_____/ | Chapter 13 |

IN THE MATTER OF:

Confirmation Hearing of Debtors' Amended
Chapter 13 Plan filed November 16, 2023. (Doc. 22)
_____/

### ORDER RESCHEDULING HEARING

The hearing on Confirmation of Debtors' Chapter 13 Plan currently scheduled for <u>November 16, 2023,</u> is rescheduled.  Parties are allowed twenty-one (21) days to file objections to the Amended Chapter 13 Plan filed November 16, 2023.

Therefore, IT IS ORDERED that the hearing on Confirmation of Debtors' Amended Chapter 13 Plan (Doc. 22) is rescheduled to **<u>Tuesday, December 12, 2023, at 2:00 p.m.</u>**

Video Conference Instructions, **Procedures** and link to join the meeting are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.**  To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform.  Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov.  Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota

  Dated:  November 16, 2023.

                       /s/ Shon Hastings
                       SHON HASTINGS, JUDGE
                       UNITED STATES BANKRUPTCY COURT

Copy served electronically November 16, 2023, to Attorney Maurice VerStandig for service on all creditors.