IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30259 |
| | ) | (Chapter 13) |
| JOSEPH & KASEY BOURNE | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November, 2023, I caused a copy of (i) the Amended Chapter 13 Plan (DE #22) and (ii) this Honorable Court's Order Rescheduling Hearing (DE #23) to be served, via first class mail, postage prepaid, upon all parties on the attached mailing matrix.

/s/ Maurice B. VerStandig
Maurice B. VerStandig