USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-30259
DISTRICT OF NORTH DAKOTA
MON NOV 20 15-54-57 PST 2023

EXETER FINANCE LLC  CO AIS PORTFOLIO SERVIC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE
US BANKRUPTCY COURT
655 1ST AVENUE NORTH  SUITE 210
FARGO  ND 58102-4932

ABILITY RECOVERY SERVICES LLC
PO BOX 4262
SCRANTON  PA 18505-6262

BRANDON S LEFKOWITZ
29777 TELEGRAPH ROAD  SUITE 2440
SOUTHFIELD  MI 48034-7667

CCS
725 CANTON STREET
NORWOOD  MA 02062-2609

(P)CAINE  WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CREDIT ONE BANK NA
ATTN BANKRUPTCY
PO BOX 98871
LAS VEGAS  NV 89193-8871

CREDIT ONE BANK NA
PO BOX 98871
LAS VEGAS  NV 89193-8871

DCI CREDIT SERVICES INC
121 EAST ROSSER AVENUE
BISMARCK  ND 58501-3864

DCI CREDIT SERVICES  INC
ATTN BANKRUPTCY
121 EAST POSSER AVE
BISMARCK  ND 58501-3864

EXCLUDE
(D)DCI CREDIT SERVICES  INC
ATTN BANKRUPTCY
121 EAST POSSER AVE
BISMARCK  ND 58501-3864

DOUGLAS KNOERTZER
12249 26F ST
WATFORD CITY  ND 58854-9624

EXETER FINANCE LLC
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXETER FINANCE LLC
ATTN BANKRUPTCY
PO BOX 166008
IRVING  TX 75016-6008

EXETER FINANCE LLC
PO BOX 650693
DALLAS  TX 75265-0693

FIRST ELECTRONIC BANK
CO OPPORTUNITY FINANCIAL  LLC
130 E RANDOLPH STREET  SUITE 3400
CHICAGO  IL 60601-6379

FIRST PREMIER BANK
ATTN BANKRUPTCY
PO BOX 5524
SIOUX FALLS  SD 57117-5524

GALAXY INTERNATIONAL PURCHASING  LLC
4730 S FORT APACHE ROAD SUITE 300
LAS VEGAS  NV 89147-7947

HOSPITAL SERVICES  INC
PO BOX 7340
BISMARCK  ND 58507-7340

INDIGO MASTERCARD
GENESIS FS CARD SERVICES
PO BOX 4477
BEAVERTON  OR 97076-4401

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE
(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KELLY JEAN MOE  ESQ
MCKENZIE COUNTY ASSISTANT STATES ATTORNE
201 FIFTH ST NW  STE 550
WATFORD CITY  ND 58854-7129

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LAW OFFICE OF CHRISTOPHER A CARLSON<br>POST OFFICE BOX 7428<br>BISMARCK  ND 58507-7428 | LEGENDARY SMILES PC<br>361 NORTH MAIN ST S<br>WATFORD CITY  ND 58854 | LVNV FUNDING LLC<br>55 BEATTIE PL<br>GREENVILLE  SC 29601-5115 |
| MCKENZIE COUNTY HEALTHCARE SYSTEMS  INC<br>709 4TH AVE NE<br>WATFORD CITY  ND 58854-7628 | MCKENZIE COUNTY DISTRICT COURT<br>201 5TH ST NW 524<br>WATFORD CITY  ND 58854-7118 | MIDLAND CREDIT MANAGEMENT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO  CA 92193-9069 |
| MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | MOBILOANS  LLC<br>ATTN BANKRUPTCY<br>PO BOX 1409<br>MARKSVILLE  LA 71351-1409 | (P)MONARCH RECOVERY MANAGEMENT  INC<br>ATTN COMPLIANCE<br>3260 TILLMAN DRIVE<br>SUITE 75<br>BENSALEM PA 19020-2059 |
| NETCREDIT<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO  IL 60604-2863 | NETCREDIT<br>ATTN BANKRUPTCY<br>175 W JACKSON BLVD STE 1000<br>CHICAGO  IL 60604-2863 | NORTH DAKOTA<br>BENEFIT SECTION PO BOX 5507<br>BISMARCK  ND 58506-5507 |
| NORTH DAKOTA OFFICE OF STATE TAX COMMISS<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK  ND 58505-0602 | ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | OPPLOANSFEB<br>ATTN BANKRUPTCY DEPT<br>130 E RANDOLPH ST SUITE 3400<br>CHICAGO  IL 60601-6379 |
| PINNACLE SERVICE SOLUTIONS LLC<br>4408 MILESTRIP RD 247<br>BLASDELL  NY 14219-2553 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PREMIER BANKCARD  LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| PROCOLLECT SERVICES  LLC<br>215 11TH AVENUE SW PO BOX 389<br>MINOT  ND 58702-0389 | PROGRESSIVE<br>6300 WILSON MILLS RD<br>MAYFIELD VILLAGE  OH 44143-2182 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GALAXY INTERNATIONAL PURCHASING LLC<br>PO BOX 788<br>KIRKLAND  WA  98083-0788 |
| RADIUS GLOBAL SOLUTIONS<br>PO BOX 390846<br>MINNEAPOLIS  MN 55439-0846 | RESURGENT CAPITAL SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE  SC 29603-0497 | SIDNEY HEALTH CENTER<br>214 14TH AVE SW 114<br>SIDNEY  MT 59270-3521 |
| STATE OF MICHIGAN<br>KALKASKA COUNTY COURTS<br>605 NORTH BIRCH STREET<br>KALKASKA  MI 49646-8414 | SYNERGETIC COMMUNICATION  INC<br>5450 NW CENTRAL 220<br>HOUSTON  TX 77092-2061 | THE BANK OF MISSOURI<br>916 N KINGS HWY<br>PERRYVILLE  MO 63775-1204 |

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are Served via First Class USPS Mail Service.
                                                                                    DEBTOR
US DEPARTMENT OF EDUCATION          VERIZON                                         JOSEPH BOURNE
PO BOX 16448                        BY AMERICAN INFOSOURCE AS AGENT                 12249 26F STREET NW
SAINT PAUL MN 55116-0448            PO BOX 4457                                     WATFORD CITY   ND 58854-9624
                                    HOUSTON  TX  77210-4457




KASEY BOURNE                        KYLE L CARLSON                                  MAURICE VERSTANDIG
12249 26F STREET NW                 BANKRUPTCY TRUSTEE                              THE DAKOTA BANKRUPTCY FIRM
WATFORD CITY   ND 58854-9624        PO BOX 519                                      1630 1ST AVENUE N
                                    BARNESVILLE  MN 56514-0519                      SUITE B PMB 24
                                                                                    FARGO  ND 58102-4246




ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320
```