UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JOSEPH BOURNE, and<br>KASEY BOURNE,<br><br>Debtors. | Case No. 23-30259<br>Chapter 13<br><br>**NOTICE OF APPEARANCE and<br>REQUEST FOR SERVICE** |

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, the United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Kent Rockstad, Assistant United States Attorney, hereby appear on behalf of the Internal Revenue Service (United States) (IRS), a creditor and party in interest.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rule 2002(g)(1), the undersigned requests that all notices and papers specified therein and pursuant to Bankruptcy Rule 9010, and all other papers served or required to be served in this case, be given to and/or served upon Assistant United States Attorney Kent Rockstad at the address below.

Dated: December 1, 2023

MAC SCHNEIDER
United States Attorney

By: /s/ Kent Rockstad
KENT ROCKSTAD
Assistant United States Attorney
ND Bar ID 05434
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
kent.rockstad@usdoj.gov
Attorney for United States

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, the Notice of Appearance and Request for Service was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Kyle L. Carlson
info@carlsonch13mn.com , kcarlson13@ecf.epiqsystems.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Maurice VerStandig on behalf of Debtors Joseph Bourne, and Kasey Bourne
mac@mbvesq.com, mac@dakotabankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

I further certify that a copy of the foregoing document will be mailed by first-class mail, postage paid, to the following non-ECF participant:

>   Exeter Finance LLC,
>   c/o AIS Portfolio Services, LLC
>   4515 N Santa Fe Ave. Dept. APS
>   Oklahoma City, OK 73118

*Margo M. Kern* (signature)

Margo M. Kern, Secretary
Office of the United States Attorney