UNITED STATES BANKRUPTCY COURT DISTRICT
OF NORTH DAKOTA

In re: **Joseph Bourne and**              Case No. 23-30259
        **Kasey Bourne**
Address: **12249 26F Street NW**              Chapter 13
           **Watford City, ND 58854**
Last four digits of Social Security or Individual
Taxpayer-identification: **1600 / 4869**
Employer Tax ID if any:


### ORDER CONFIRMING CHAPTER 13 PLAN

Debtors filed their Chapter 13 Plan on **August 7, 2023,** and amended it on **November 16, 2023**. Debtors served the plan on creditors and the Bankruptcy Trustee pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Chapter 13 Plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:

The Amended Chapter 13 Plan [Doc. 22] is confirmed. Plan payments shall be sent to:

    **Kyle L. Carlson**     Standing Trustee
    **2900 Momentum Place Chicago IL
60689-5329**

Dated: December 8, 2023.

*/s/ Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court


Copy served electronically December 8, 2023, to Attorney Maurice VerStandig for service on all creditors.