UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JOSEPH BOURNE, and<br>KASEY BOURNE,<br><br>Debtors. | Case No. 23-30259<br>Chapter 13<br><br>**RESPONSE TO DEBTORS' PARTIAL OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Kent Rockstad, Assistant United States Attorney, on behalf of the Internal Revenue Service (United States) (IRS) responds to Debtors' Partial Objection to Claim of Internal Revenue Service as follows:

With their Partial Objection, the Debtors claim to owe $3,295.00 in pre-petition federal tax debt. [Doc. 19]. Subsequent to the Debtors' Partial Objection, the IRS amended its Proof of Claim [Claim 6-3]. The Amended Proof of Claim identifies a secured claim in the amount of $3,395.19, an unsecured general claim in the amount of $670.31, for a total of $4,065.50. Id.

The United States respectfully submits that its Amended Proof of Claim cures the Debtors' Partial Objection, and this matter is moot. To the extent the Debtors also object to the amount stated in the Amended Proof of Claim, the United States contests the objection.

Dated: December 14, 2023

By:

MAC SCHNEIDER
United States Attorney

/s/ Kent Rockstad
KENT ROCKSTAD
Assistant United States Attorney
ND Bar ID 05434
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
Attorney for the United States

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, the **RESPONSE TO DEBTORS' PARTIAL OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Kyle L. Carlson
info@carlsonch13mn.com , kcarlson13@ecf.epiqsystems.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Maurice VerStandig on behalf of Debtors Joseph Bourne, and Kasey Bourne
mac@mbvesq.com, mac@dakotabankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

*Margo M. Kern* (signature)

Margo M. Kern, Secretary
Office of the United States Attorney