IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30259 |
| | ) | (Chapter 13) |
| JOSEPH AND KASEY BOURNE | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of December, 2023, I caused a copy of the Order Confirming Chapter 13 Plan (DE #27) to be served on all parties on the attached mailing matrix, via US Mail, postage prepaid.

Respectfully submitted,

Dated: December 18, 2023    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig