```
Label Matrix for local noticing         Exeter Finance LLC, c/o AIS Portfolio Servic    U.S. BANKRUPTCY COURT
0868-3                                  4515 N Santa Fe Ave. Dept. APS                  655 1ST AVENUE NORTH, SUITE 210
Case 23-30259                           Oklahoma City, OK 73118-7901                    FARGO, ND 58102-4932
District of North Dakota
Fargo
Mon Dec 18 00:36:41 CST 2023

Ability Recovery Services LLC           Brandon S. Lefkowitz                            CCS
PO Box 4262                             29777 Telegraph Road, Suite 2440                725 Canton Street
Scranton, PA 18505-6262                 Southfield, MI 48034-7667                       Norwood, MA 02062-2609



(p)CAINE & WEINER COMPANY               Capital One                                     Credit One Bank N.A.
12005 FORD ROAD 300                     Attn: Bankruptcy                                Attn: Bankruptcy
DALLAS TX 75234-7262                    PO Box 30285                                    P.O. Box 98871
                                        Salt Lake City, UT 84130-0285                   Las Vegas, NV 89193-8871



Credit One Bank N.A.                    DCI Credit Services Inc.                        DCI Credit Services, Inc
P.O. Box 98871                          121 East Rosser Avenue                          Attn: Bankruptcy
Las Vegas, NV 89193-8871                Bismarck, ND 58501-3864                         121 East Posser Ave
                                                                                        Bismarck, ND 58501-3864



Douglas Knoertzer                       Exeter Finance LLC                              Exeter Finance LLC
12249 26F St                            AIS Portfolio Services, LLC                     Attn: Bankruptcy
Watford City, ND 58854-9624             4515 N Santa Fe Ave. Dept. APS                  PO Box 166008
                                        Oklahoma City, OK 73118-7901                    Irving, TX 75016-6008



Exeter Finance LLC                      First Electronic Bank                           First Premier Bank
PO Box 650693                           c/o Opportunity Financial, LLC                  Attn: Bankruptcy
Dallas, TX 75265-0693                   130 E. Randolph Street, Suite 3400              PO Box 5524
                                        Chicago, IL 60601-6379                          Sioux Falls, SD 57117-5524



GALAXY INTERNATIONAL PURCHASING, LLC    Hospital Services, Inc                          Indigo Mastercard
4730 S. Fort Apache Road Suite 300      PO Box 7340                                     Genesis FS Card Services
Las Vegas, NV 89147-7947                Bismarck, ND 58507-7340                         PO Box 4477
                                                                                        Beaverton, OR 97076-4401



Internal Revenue Service                (p)JEFFERSON CAPITAL SYSTEMS LLC                Kelly Jean Moe, Esq.
PO Box 7346                             PO BOX 7999                                     McKenzie County Assistant States Attorne
Philadelphia, PA 19101-7346             SAINT CLOUD MN 56302-7999                       201 Fifth St. NW., Ste. 550
                                                                                        Watford City, ND 58854-7129



LVNV Funding, LLC                       Law Office of Christopher A. Carlson            Legendary Smiles PC
Resurgent Capital Services              Post Office Box 7428                            361 North Main St S
PO Box 10587                            Bismarck, ND 58507-7428                         Watford City, ND 58854
Greenville, SC 29603-0587



Lvnv Funding LLC                        McKenzie County Healthcare Systems, Inc.       Mckenzie County District Court
55 Beattie Pl                           709 4th Ave NE                                  201 5th St NW #524
Greenville, SC 29601-5115               Watford City, ND 58854-7628                     Watford City, ND 58854-7118
```

| | | |
|---|---|---|
| Midland Credit Management<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Mobiloans, LLC<br>Attn: Bankruptcy<br>PO Box 1409<br>Marksville, LA 71351-1409 |
| (p)MONARCH RECOVERY MANAGEMENT  INC<br>ATTN COMPLIANCE<br>3260 TILLMAN DRIVE<br>SUITE 75<br>BENSALEM PA 19020-2059 | NetCredit<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 | NetCredit<br>Attn: Bankruptcy<br>175 W Jackson Blvd Ste. 1000<br>Chicago, IL 60604-2863 |
| North Dakota<br>Benefit Section PO Box 5507<br>Bismarck, ND 58506-5507 | North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave. Dept. 127<br>Bismarck, ND 58505-0602 | Onemain Financial<br>Attn: Bankruptcy<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| Opploans/feb<br>Attn: Bankruptcy Dept<br>130 E Randolph St. Suite 3400<br>Chicago, IL 60601-6379 | Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219-2553 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | ProCollect Services, L.L.C.<br>215 11th Avenue SW PO Box 389<br>Minot, ND 58702-0389 | Progressive<br>6300 Wilson Mills Rd.<br>Mayfield Village, OH 44143-2182 |
| Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Radius Global Solutions<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Resurgent Capital Services<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| Sidney Health Center<br>214 14th Ave SW #114<br>Sidney, MT 59270-3521 | State of Michigan<br>Kalkaska County Courts<br>605 North Birch Street<br>Kalkaska, MI 49646-8414 | Synergetic Communication, Inc.<br>5450 N.W. Central #220<br>Houston, TX 77092-2061 |
| THE BANK OF MISSOURI<br>916 N Kings Hwy<br>Perryville, MO 63775-1204 | US Department of Education<br>PO Box 16448<br>Saint Paul MN 55116-0448 | USA/Internal Revenue Service<br>Attn: Kent Rockstad, AUSA<br>United States Attorney's Office<br>655 1st Ave N, Ste 250<br>Fargo, ND  58102-4932 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Joseph Bourne<br>12249 26F Street NW<br>Watford City, ND 58854-9624 | Kasey Bourne<br>12249 26F Street NW<br>Watford City, ND 58854-9624 |
| Kyle L. Carlson<br>Bankruptcy Trustee<br>P.O. Box 519<br>Barnesville, MN 56514-0519 | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 | Robert B. Raschke<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Caine & Weiner                      Jefferson Capital Systems LLC       (d)Jefferson Capital Systems, LLC
Attn: Bankruptcy                    Po Box 7999                         Attn: Bankruptcy
5805 Sepulveda Blvd.  4th Floor     Saint Cloud MN 56302-9617           16 McLeland Rd
Sherman  Oaks, CA 91411                                                 Saint Cloud, MN 56303


Monarch Recovery Management, Inc.   Portfolio Recovery Associates, LLC
3260 Tillman Drive Suite 75         POB 12914
Bensalem, PA 19020                  Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)USA/IRS                          (d)DCI Credit Services, Inc         End of Label Matrix
                                    Attn: Bankruptcy                    Mailable recipients    59
                                    121 East Posser Ave.                Bypassed recipients     2
                                    Bismarck, ND 58501-3864             Total                  61
```