Local Form 2016-1

# United States Bankruptcy Court
# District of North Dakota

In re: _____                                                  Case No._____

Debtor(s).

## SIMPLIFIED APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR(S) IN CHAPTER 13 CASE

The undersigned applicant, pursuant to Local Rule 2016-1(A), states that:

1. The applicant is the attorney for the Debtor(s).

2. The status of the case is as follows:
   - ☐ A plan was confirmed on _____; or
   - ☐ No plan has been confirmed and the case is pending.

3. The trustee has funds on hand in the amount of $_____.

4. Applicant seeks allowance of fees and reimbursement of expenses as follows:

   **Fees:**

   Pre-confirmation services                                              $_____

   Post-confirmation services                                             $_____

   **Expenses:**

   Filing Fee                                                             $_____

   Copies          _____(#)  @  $_____  =                                $_____

   Postage         _____(#)  @  $_____  =                                $_____

   Other                                                                  $_____
   (itemize)

   **Total Expenses**                                                     $_____

   **Total Fees and Expenses**                                            $_____

(Collectively, "Requested Fees and Expenses.")  If the requested expenses include costs in addition to the expenses listed above, an itemization is attached to this application.

Local Form

5. The Requested Fees and Expenses constitute reasonable compensation for actual, necessary services rendered by the applicant and actual, necessary expenses incurred on behalf of the debtor(s). The services provided consist of the following:

    ☐ Pre-confirmation services

    ☐ Post-confirmation services consisting of the following:

    ☐ Resolving motion(s) for relief from stay

    ☐ Resolving motion(s) for dismissal

    ☐ Filing motion(s) for sale of real estate

    ☐ Filing motion(s) objecting to claim(s)

    ☐ Preparing, serving and filing modified plan(s)

    ☐ Assisting the debtor(s) in complying with § 521(f)(4)

    ☐ Assisting the debtor(s) in responding to requests for information made in connection with an audit conducted pursuant to 28 U.S.C. § 586(f)

6. Regarding the Requested Fees and Expenses, the debtor(s) has/have paid applicant the sum of $_____ as of _____ [insert date]. The Debtor(s) owe the applicant the sum of $_____ for the unpaid balance.

7. The applicant has applied for fees and/or expenses in the case as follows:

| Date of Application | Amount of Application | Date of Order | Amount Allowed | Paid to Date |
|---|---|---|---|---|
|  |  |  |  |  |

8. The applicant has not shared or agreed to share with any other person, other than with members of the applicant's law firm, any compensation paid or to be paid in this case.

The applicant requests the Court to enter an order awarding $_____ for total compensation or reimbursement and authorizing the Trustee to pay the unpaid balance to applicant as provided in the plan.

Dated: _____                    /s/_____
                                       Attorney Name:

                                       Address: The Dakota Bankruptcy Firm
                                                1630 1st Avenue N
                                                Suite B PMB 24
                                                Fargo, ND 58102

                                       Telephone: (701) 394-3215
                                       Attorney(s) for Debtors