UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                                  Bankruptcy No. 23-30259
                                                                                        Chapter 13
Joseph Bourne and
Kasey Bourne,

                                Debtors.
_____/

## NOTICE OF TELEPHONIC HEARING

Notice is given that a telephonic hearing will be held on **Tuesday, April 29, 2025, at 2:00 PM (CST)** to consider and act upon the following matters:

- **Motion by Kyle Carlson, Trustee, to Dismiss Chapter 13 Case for Failure to Make Plan Payments and Failure to Provide 2023 Tax Returns filed February 27, 2025. (Doc. 33)**

  **Response by Debtors to Trustee's Motion to Dismiss Chapter 13 Case for Failure to Make Plan Payments and Failure to Provide 2023 Tax Returns filed March 20, 2025. (Doc. 34)**

**NOTE:** *The Court scheduled this hearing as a telephone conference. If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket. (If you plan to use schedules or other documents previously filed, please do NOT file previously docketed documents again). The docket number will serve as the exhibit number. The Court will consider each party's request to offer exhibits at the hearing. If a question of fact arises at the hearing, the Court may continue the hearing and rescheduled it as a video conference or an in-person conference. The parties are encouraged to stipulated to facts to avoid the need for numerous hearings.*

Please use the following instructions for the phone conference:

**Telephonic Conference Instructions:**

1) Call **701-297-7116**
2) Enter the Meeting ID **088076463#**
3) After the Meeting ID is entered you will be connected into the conference.
4) Please identify yourself after you have joined the conference.

Dated:  March 21, 2025.                    Kay A. Melquist, Clerk
                                                        United States Bankruptcy Court
                                                        Quentin N. Burdick United States Courthouse
                                                        655 1st Avenue North, Suite 210
                                                        Fargo, ND 58102-4932

                                                     By:  */s/ Sharon Horsager*
                                                                Sharon Horsager, Deputy Clerk

Copy served electronically March 21, 2025, to Electronic Mail Notice List for Case No. 23-30259.