IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-30259 |
| Joseph Bourne ) | Chapter 13 |
| Kasey Bourne ) | |
| ) | |
| Debtors ) | |

## NOTICE OF MOTION TO MODIFY PLAN

NOTICE IS HEREBY GIVEN that Kasey and Joseph Bourne have filed a motion to modify their chapter 13 plan in this case, alongside a proposed modified chapter 13 plan. The proposed modification reamortizes the plan to include certain missed and partial payments, so as to allow the debtors to pay all claims, in full, during the life of their plan.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty-one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Respectfully submitted,

Dated: May 26, 2025     By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtors*