| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 23-30259<br>District of North Dakota<br>Fargo<br>Mon May 26 18:59:23 CDT 2025 | Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 |
| Ability Recovery Services LLC<br>PO Box 4262<br>Scranton, PA 18505-6262 | Brandon S. Lefkowitz<br>29777 Telegraph Road, Suite 2440<br>Southfield, MI 48034-7667 | CCS<br>725 Canton Street<br>Norwood, MA 02062-2609 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Credit One Bank N.A.<br>Attn: Bankruptcy<br>P.O. Box 98871<br>Las Vegas, NV 89193-8871 |
| Credit One Bank N.A.<br>P.O. Box 98871<br>Las Vegas, NV 89193-8871 | DCI Credit Services Inc.<br>121 East Rosser Avenue<br>Bismarck, ND 58501-3864 | DCI Credit Services, Inc<br>Attn: Bankruptcy<br>121 East Posser Ave<br>Bismarck, ND 58501-3864 |
| Douglas Knoertzer<br>12249 26F St<br>Watford City, ND 58854-9624 | Exeter Finance LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>Attn: Bankruptcy<br>PO Box 166008<br>Irving, TX 75016-6008 |
| Exeter Finance LLC<br>c/o AIS Portfolio Services, LLC<br>PO Box 650693<br>Dallas, TX 75265-0693 | First Electronic Bank<br>c/o Opportunity Financial, LLC<br>130 E. Randolph Street, Suite 3400<br>Chicago, IL 60601-6379 | First Premier Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117-5524 |
| GALAXY INTERNATIONAL PURCHASING, LLC<br>4730 S. Fort Apache Road Suite 300<br>Las Vegas, NV 89147-7947 | Hospital Services, Inc<br>PO Box 7340<br>Bismarck, ND 58507-7340 | Indigo Mastercard<br>Genesis FS Card Services<br>PO Box 4477<br>Beaverton, OR 97076-4401 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kelly Jean Moe, Esq.<br>McKenzie County Assistant States Attorne<br>201 Fifth St. NW., Ste. 550<br>Watford City, ND 58854-7129 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Law Office of Christopher A. Carlson<br>Post Office Box 7428<br>Bismarck, ND 58507-7428 | Legendary Smiles PC<br>361 North Main St S<br>Watford City, ND 58854 |
| Lvnv Funding LLC<br>55 Beattie Pl<br>Greenville, SC 29601-2165 | McKenzie County Healthcare Systems, Inc.<br>709 4th Ave NE<br>Watford City, ND 58854-7628 | Mckenzie County District Court<br>201 5th St NW #524<br>Watford City, ND 58854-7118 |

| | | |
|---|---|---|
| Midland Credit Management<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | (p)MOBILOANS  LLC<br>151 MELACON RD<br>MARKSVILLE LA 71351-3065 |
| (p)MONARCH RECOVERY MANAGEMENT  INC<br>ATTN COMPLIANCE<br>3260 TILLMAN DRIVE<br>SUITE 75<br>BENSALEM PA 19020-2059 | NetCredit<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 | NetCredit<br>Attn: Bankruptcy<br>175 W Jackson Blvd Ste. 1000<br>Chicago, IL 60604-2863 |
| North Dakota<br>Benefit Section PO Box 5507<br>Bismarck, ND 58506-5507 | North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave. Dept. 127<br>Bismarck, ND 58505-0602 | Onemain Financial<br>Attn: Bankruptcy<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| Opploans/feb<br>Attn: Bankruptcy Dept<br>130 E Randolph St. Suite 3400<br>Chicago, IL 60601-6379 | Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219-2553 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | ProCollect Services, L.L.C.<br>215 11th Avenue SW PO Box 389<br>Minot, ND 58702-0389 | Progressive<br>6300 Wilson Mills Rd.<br>Mayfield Village, OH 44143-2182 |
| Quantum3 Group LLC as agent for<br>Galaxy International Purchasing LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Radius Global Solutions<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Resurgent Capital Services<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| Sidney Health Center<br>214 14th Ave SW #114<br>Sidney, MT 59270-3521 | State of Michigan<br>Kalkaska County Courts<br>605 North Birch Street<br>Kalkaska, MI 49646-8414 | Synergetic Communication, Inc.<br>5450 N.W. Central #220<br>Houston, TX 77092-2061 |
| THE BANK OF MISSOURI<br>916 N Kings Hwy<br>Perryville, MO 63775-1204 | US Department of Education<br>PO Box 16448<br>Saint Paul MN 55116-0448 | USA/Internal Revenue Service<br>Attn: Kent Rockstad, AUSA<br>United States Attorney's Office<br>655 1st Ave N, Ste 250<br>Fargo, ND  58102-4932 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Joseph Bourne<br>12249 26F Street NW<br>Watford City, ND 58854-9624 | Kasey Bourne<br>12249 26F Street NW<br>Watford City, ND 58854-9624 |
| Kyle L. Carlson<br>Bankruptcy Trustee<br>P.O. Box 519<br>Barnesville, MN 56514-0519 | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 | Robert B. Raschke<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd.  4th Floor<br>Sherman  Oaks, CA 91411 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | (d)Jefferson Capital Systems, LLC<br>Attn: Bankruptcy<br>16 McLeland Rd<br>Saint Cloud, MN 56303 |
| Mobiloans, LLC<br>Attn: Bankruptcy<br>PO Box 1409<br>Marksville, LA 71351-1409 | Monarch Recovery Management, Inc.<br>3260 Tillman Drive Suite 75<br>Bensalem, PA 19020 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)USA/IRS | (d)DCI Credit Services, Inc<br>Attn: Bankruptcy<br>121 East Posser Ave.<br>Bismarck, ND 58501-3864 | End of Label Matrix<br>Mailable recipients    59<br>Bypassed recipients     2<br>Total                  61 |