UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Joseph Bourne and<br>Kasey Bourne,<br><br>        Debtors.<br>_____/<br>IN THE MATTER OF:<br><br>Motion by Kyle Carlson, Trustee, to Dismiss Chapter 13<br>Case for Failure to Make Plan Payments and Failure to<br>Provide 2023 Tax Returns filed February 27, 2025. (33)<br>_____/ | Bankruptcy No. 23-30259<br>Chapter 13 |

**ORDER RESCHEDULING TELEPHONIC HEARING**

The hearing on Trustee's Motion to Dismiss Chapter 13 Case for Failure to Make Plan Payments and Failure to Provide 2023 Tax Returns (Doc. 33) currently scheduled for May 29, 2025, is rescheduled to allow the objection time to run on the Debtors' Motion for Post Confirmation Modification filed May 26, 2025.

Therefore, IT IS ORDERED that the hearing referenced above is continued to **Tuesday, July 22, 2025, at 2:00 p.m.** Please follow the instructions to attend the telephone conference.

 Telephonic Conference Instructions:
1) Call **701-297-7116**
2) Enter the Meeting ID **088076463#**
3) After the Meeting ID is entered you will be connected into the conference.
4) Please identify yourself after you have joined the conference.

**NOTE**: The Court scheduled this hearing as a telephone conference. If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket. (If you plan to use schedules or other documents previously filed, please do NOT file the previously docketed document again.) The docket number will serve as the exhibit number. The Court will consider each party's request to offer exhibits at the hearing. If a question of fact arises at the hearing, the Court may continue the hearing and reschedule it as a video conference or an in-person conference. The parties are encouraged to stipulate to facts to avoid the need for numerous hearings.

Dated: May 27, 2025.

                         */s/ Shon Hastings*

                         Shon Hastings, Judge
                         United States Bankruptcy Court

Copy served electronically May 27, 2025, to Electronic Mail Notice List for Case No. 23-30259.