UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                          Bankruptcy Case No. 23-30259

Joseph Bourne,                                                  Chapter 13
Kasey Bourne,

          Debtors.
_____/

**ORDER GRANTING MOTION FOR POSTCONFIRMATION MODIFICATION**

On May 26, 2025, Debtors filed and served a Notice of Motion and Motion to Modify Plan. Doc. 40. The Court received no objections to the motion. The Court finds that the First Modified Chapter 13 Plan filed on May 26, 2026, meets the requirements of 11 U.S.C. §§ 1325 and 1329. Therefore, **IT IS ORDERED** that the Motion to Modify Plan is **GRANTED**. The First Modified Chapter 13 Plan filed as Document 43 is now the confirmed plan.

Dated this 20th day of June, 2025.

                                                        /s/ Shon Hastings
                                                        Shon Hastings, Judge
                                                        United States Bankruptcy Court