United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 23-30259-skh |
| Joseph Bourne | Chapter 13 |
| Kasey Bourne | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Bourne, Kasey Bourne, 12249 26F Street NW, Watford City, ND 58854-9624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kent Rockstad | on behalf of Creditor USA/IRS Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Kyle L. Carlson | info@carlsonch13mn.com  kcarlson13@ecf.epiqsystems.com;trusteeNDB50@ecf.epiqsystems.com |
| Maurice VerStandig | on behalf of Debtor Joseph Bourne mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor Kasey Bourne mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |

District/off: 0868-3   User: admin   Page 2 of 2
Date Rcvd: Jun 20, 2025   Form ID: pdf2some   Total Noticed: 1
TOTAL: 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                    Bankruptcy Case No. 23-30259

Joseph Bourne,                                            Chapter 13
Kasey Bourne,

        Debtors.
_____/

**ORDER GRANTING MOTION FOR POSTCONFIRMATION MODIFICATION**

On May 26, 2025, Debtors filed and served a Notice of Motion and Motion to Modify Plan. Doc. 40. The Court received no objections to the motion. The Court finds that the First Modified Chapter 13 Plan filed on May 26, 2026, meets the requirements of 11 U.S.C. §§ 1325 and 1329. Therefore, **IT IS ORDERED** that the Motion to Modify Plan is **GRANTED**. The First Modified Chapter 13 Plan filed as Document 43 is now the confirmed plan.

Dated this 20th day of June, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court