9745

Form **1040**  Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**   **2025**   OMB No. 1545-0074   IRS Use Only–Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2025, or other tax year beginning _____, 2025, ending _____, 20___   See separate instructions.

☐ Filed pursuant to section 301.9100-2   ☐ Combat zone   ☐ Deceased   ☐ Spouse
☐ Other

| | | | Your social security number |
|---|---|---|---|
| Your first name and middle initial<br>JOSEPH | Last name<br>BOURNE | | ████████ |
| If joint return, spouse's first name and middle initial<br>KASEY | Last name<br>BOURNE | | Spouse's social security number<br>████████ |

Home address (number and street). If you have a P.O box, see instructions.
12249 26F ST NW   Apt. no. _____

Check here if your main home, and your spouse's if filing a joint return, was in the U.S. for more than half of 2025. ☐

City, town, or post office. If you have a foreign address, also complete spaces below.
WATFORD CITY   State ND   ZIP code 58854

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

Foreign country name _____   Foreign province/state/county _____   Foreign postal code _____

**Filing Status**
Check only one box.
☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS). Enter spouse's SSN above and full name here: _____
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)
If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets**   At any time during 2025, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes   ☒ No

**Dependents** (see instructions)
If more than four dependents, see instructions and check here ☐

| | | Dependent 1 | Dependent 2 | Dependent 3 | Dependent 4 |
|---|---|---|---|---|---|
| (1) | First name | ████████ | | | |
| (2) | Last name | BOURNE | | | |
| (3) | SSN | ████████ | | | |
| (4) | Relationship | SON | | | |
| (5) | Check if lived with you more than half of 2025 | (a) ☒ Yes  (b) ☐ And in the U.S. | (a) ☐ Yes  (b) ☐ And in the U.S. | (a) ☐ Yes  (b) ☐ And in the U.S. | (a) ☐ Yes  (b) ☐ And in the U.S. |
| (6) | Check if | ☐ Full-time student  ☐ Permanently and totally disabled | ☐ Full-time student  ☐ Permanently and totally disabled | ☐ Full-time student  ☐ Permanently and totally disabled | ☐ Full-time student  ☐ Permanently and totally disabled |
| (7) | Credits | ☐ Child tax credit  ☐ Credit for other dependents | ☐ Child tax credit  ☐ Credit for other dependents | ☐ Child tax credit  ☐ Credit for other dependents | ☐ Child tax credit  ☐ Credit for other dependents |

☐ Check if your filing status is MFS or HOH and you lived apart from your spouse for the last 6 months of 2025, or you are legally separated according to your state law under a written separation agreement or a decree of separate maintenance and you did not live in the same household as your spouse at the end of 2025.

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

| | | |
|---|---|---:|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 152,243 |
| b | Household employee wages not reported on Form(s) W-2 | |
| c | Tip income not reported on line 1a (see instructions) | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | |
| e | Taxable dependent care benefits from Form 2441, line 26 | |
| f | Employer-provided adoption benefits from Form 8839, line 31 | |
| g | Wages from Form 8919, line 6 | |
| h | Other earned income (see instructions). Enter type and amount: | |
| i | Nontaxable combat pay election (see instructions)   1i _____ | |
| z | Add lines 1a through 1h | 152,243 |

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---:|
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | b Ordinary dividends | 3b | |
| c | Check if your child's dividends are included in  1 ☐ Line 3a  2 ☐ Line 3b | | | | |
| 4a | IRA distributions | 4a | b Taxable amount | 4b | |
| c | Check if (see instructions)  1 ☐ Rollover  2 ☐ QCD  3 ☐ _____ | | | | |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b | |
| c | Check if (see instructions)  1 ☐ Rollover  2 ☐ PSO  3 ☐ _____ | | | | |
| 6a | Soc. sec. ben. | 6a | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | | |
| d | If you are married filing separately and lived apart from your spouse the entire year (see inst.), check here ☐ | | | | |
| 7a | Capital gain or (loss). Attach Schedule D if required | | | 7a | |
| b | Check if:  ☐ Schedule D not required  ☐ Includes child's capital gain or (loss) | | | | |
| 8 | Additional income from Schedule 1, line 10 | | | 8 | 0 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7a, and 8. This is your **total income** | | | 9 | 152,243 |
| 10 | Adjustments to income from Schedule 1, line 26 | | | 10 | 2,264 |
| 11a | Subtract line 10 from line 9. This is your **adjusted gross income** | | | 11a | 149,979 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2025)
DAA

Form 1040 (2025) JOSEPH & KASEY BOURNE — Page **2**

| Tax and Credits | | | | |
|---|---|---|---|---|
| | **11b** | Amount from line 11a (adjusted gross income) | 11b | 149,979 |
| | **12a** | Someone can claim ☐ You as a dependent   ☐ Your spouse as a dependent | | |
| | **b** | ☐ Spouse itemizes on a separate return   **c** ☐ You were a dual-status alien | | |
| | **d** | You: ☐ Were born before January 2, 1961   ☐ Are blind | | |
| | | Spouse: ☐ Was born before January 2, 1961   ☐ Is blind | | |
| | **e** | Standard deduction or itemized deductions (from Schedule A) | 12e | 31,500 |
| | **13a** | Qualified business income deduction from Form 8995 or Form 8995-A | 13a | |
| | **b** | Additional deductions from Schedule 1-A, line 38 | 13b | 17,493 |
| | **14** | Add lines 12e, 13a, and 13b | 14 | 48,993 |
| | **15** | Subtract line 14 from line 11b. If zero or less, enter -0-. This is your **taxable income** | 15 | 100,986 |
| | **16** | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814   **2** ☐ 4972   **3** ☐ _____ | 16 | 12,045 |
| | **17** | Amount from Schedule 2, line 3 | 17 | |
| | **18** | Add lines 16 and 17 | 18 | 12,045 |
| | **19** | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | **20** | Amount from Schedule 3, line 8 | 20 | |
| | **21** | Add lines 19 and 20 | 21 | |
| | **22** | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 12,045 |
| | **23** | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| | **24** | Add lines 22 and 23. This is your **total tax** | 24 | 12,045 |

*Standard Deduction for –*
*• Single or Married filing separately, $15,750*
*• Married filing jointly or Qualifying surviving spouse, $31,500*
*• Head of household, $23,625*
*• If you checked a box on line 12a, 12b, 12c, or 12d, see instr.*

| Payments and Refundable Credits | | | | | |
|---|---|---|---|---|---|
| | **25** | Federal income tax withheld from: | | | |
| | **a** | Form(s) W-2 | 25a | 10,518 | |
| | **b** | Form(s) 1099 | 25b | | |
| | **c** | Other forms (see instructions) | 25c | | |
| | **d** | Add lines 25a through 25c | | 25d | 10,518 |
| | **26** | 2025 estimated tax payments and amount applied from 2024 return | | 26 | |
| | | If you made estimated tax payments with your former spouse in 2025, enter their SSN (see instructions): _____ | | | |
| | **27a** | Earned income credit (EIC) | 27a | | |
| | **b** | Clergy filing Schedule SE (see instructions) | | | |
| | **c** | If you do not want to claim the EIC, check here | | | |
| | **28** | Additional child tax credit (ACTC) from Schedule 8812. If you do not want to claim the ACTC, check here ☐ | 28 | | |
| | **29** | American opportunity credit from Form 8863, line 8 | 29 | | |
| | **30** | Refundable adoption credit from Form 8839, line 13 | 30 | | |
| | **31** | Amount from Schedule 3, line 15 | 31 | | |
| | **32** | Add lines 27a, 28, 29, 30, and 31. These are your **total other payments and refundable credits** | | 32 | |
| | **33** | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 10,518 |

*If you have a qualifying child, you may need to attach Sch. EIC.*

| Refund | | | | |
|---|---|---|---|---|
| | **34** | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| | **35a** | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | |
| | **b** | Routing number _____   **c** Type: ☐ Checking ☐ Savings | | |
| | **d** | Account number _____ | | |
| | **36** | Amount of line 34 you want **applied to your 2026 estimated tax** | 36 | |

*Direct deposit? See instructions.*

| Amount You Owe | | | | |
|---|---|---|---|---|
| | **37** | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | 1,543 |
| | **38** | Estimated tax penalty (see instructions) | 38 | 16 |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions.   **X** Yes. Complete below.   ☐ No.

Designee's name: RENE JOHNSON   Phone no. 701-444-5567   Personal identification number (PIN): ▬▬▬

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____ Date _____ Your occupation GAUGER   If the IRS sent you an Identity Protection PIN, enter it here (see instr.) ▬▬▬

Spouse's signature. If a joint return, **both** must sign. _____ Date _____ Spouse's occupation _____   If the IRS sent your spouse an Identity Protection PIN, enter it here (see instr.) ▬▬▬

*Joint return? See instructions. Keep a copy for your records.*

Phone no. _____   Email address _____

| Paid Preparer Use Only | | | | | |
|---|---|---|---|---|---|
| Preparer's name | RENE JOHNSON | Preparer's signature RENE JOHNSON | Date 03/23/26 | PTIN P00475381 | Check if: ☐ Self-employed |
| Firm's name | JOHNSON & CO, LLC | | | Phone no. 701-444-5567 | |
| | P.O. BOX 1500 | | | | |
| Firm's address | WATFORD CITY   ND   58854-1500 | | | Firm's EIN 47-5323439 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Form **1040** (2025)

DAA