UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 23-30259
                                                          Chapter 13

Joseph Bourne and
Kasey Bourne,


                        Debtors.
_____/

## NOTICE OF TELEPHONIC HEARING

Notice has been given that a telephonic hearing will be held on **Tuesday, July 21, 2026, at**

**2:00 PM (CST)** to consider and act upon the following matters:


- **Motion by Kyle Carlson, Trustee, to Dismiss Chapter 13 Case filed May 29, 2026. (Doc. 46)**

  **Objection by Debtors to Trustee's Motion to Dismiss Chapter 13 Case filed June 12, 2026. (Doc. 47)**


**NOTE:** *The Court scheduled this hearing as a telephone conference. If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket. (If you plan to use schedules or other documents previously filed, please do NOT file previously docketed documents again). The docket number will serve as the exhibit number. The Court will consider each party's request to offer exhibits at the hearing. If a question of fact arises at the hearing, the Court may continue the hearing and rescheduled it as a video conference or an in-person conference. The parties are encouraged to stipulated to facts to avoid the need for numerous hearings.*

Please use the following instructions for the phone conference:

**Telephonic Conference Instructions:**

1) Call **701-297-7116**
2) Enter the Meeting ID **161 2190 7752#**
3) Press **#** when prompted for Participant ID
4) Enter Pass Code: **529952**
5) Please identify yourself after you have joined the conference.

Dated: June 15, 2026.                          Sara E. Diaz, Clerk
                                               United States Bankruptcy Court
                                               Quentin N. Burdick United States Courthouse
                                               655 1st Avenue North, Suite 210
                                               Fargo, ND 58102-4932

                                   By:    */s/ Sharon Horsager*
                                          Sharon Horsager, Deputy Clerk

Copy served electronically on June 15, 2026, to Electronic Mail Notice List for Case No. 23-30259.