United States Bankruptcy Court
District of North Dakota

In re:
Joseph Bourne
Kasey Bourne
Debtors

Case No. 23-30259-skh
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0868-3 | User: admin | Page 1 of 2
Date Rcvd: Aug 19, 2026 | Form ID: ocontTel | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joseph Bourne, 12249 26F Street NW, Watford City, ND 58854-9624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna A. Cathcart | on behalf of Debtor Joseph Bourne christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Joint Debtor Kasey Bourne christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Kent Rockstad | on behalf of Creditor USA/IRS Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Kyle L. Carlson | info@carlsonch13mn.com kcarlson13@ecf.epiqsystems.com;trusteeNDB50@ecf.epiqsystems.com |

| | |
|---|---|
| Maurice VerStandig | on behalf of Debtor Joseph Bourne mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor Kasey Bourne mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 7

ocontTel(12/22)

# UNITED STATES BANKRUPTCY COURT
District of North Dakota

In Re:

CHAPTER 13
Bankruptcy No.
***23−30259***

Joseph Bourne
Kasey Bourne

Debtor(s)

## ORDER GRANTING CONTINUANCE AND RESCHEDULING TELEPHONIC HEARING

The parties filed a stipulated motion to continue the telephonic hearing scheduled for **August 20, 2026**. The Court finds cause for granting the continuance.

IT IS ORDERED that the telephonic hearing on:

Motion by Kyle Carlson, Trustee, to Dismiss Chapter 13 Case filed May 29, 2026. (Doc. 46)

will be held on **September 15, 2026** at **02:00 PM** .

Please use the following instructions for the telephone conference:

1. Call **701−297−7116**
2. Enter the Meeting ID **16121907752#**
3. Press **#** again when prompted for a participant ID
4. Enter passcode **529952**
5. Please identify yourself after you have joined the conference

**Parties May also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.**

**NOTE:** The Court scheduled this hearing as a telephone conference. If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket. (If you plan to use schedules or other documents previously filed, please do NOT file the previously docketed document again.) The docket number will serve as the exhibit number. The Court will consider requests to offer exhibits at the hearing. If a question of fact arises at the hearing the Court may continue the hearing and reschedule it as a video conference or an in−person conference. The parties are encouraged to stipulate to facts to avoid the need for numerous hearings.

Dated: August 19, 2026

**/s/ Shon Hastings**
Judge, U.S. Bankruptcy Court

Copy served electronically August 19, 2026 on Electronic mail list for Case No. 23−30259