**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re: BKY 23-30259
Chapter 13

Joseph Bourne,
Kasey Bourne,

Debtors.

## ORDER DISMISSING CHAPTER 13 CASE

On May 29, 2026, the Chapter 13 Trustee filed and served a Motion to Dismiss Chapter 13 Case, showing cause for the relief he seeks. Debtors filed a response in opposition, but withdrew their response on September 10, 2026. Accordingly, IT IS ORDERED that the Motion to Dismiss Chapter 13 Case is **GRANTED**. This case is **DISMISSED.**

Dated this 11th day of September, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court