United States Bankruptcy Court
District of North Dakota

In re: Case No. 23-30259-skh
Joseph Bourne Chapter 13
Kasey Bourne
Debtors

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 4
Date Rcvd: Sep 11, 2026 Form ID: ntcdsm Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joseph Bourne, 12249 26F Street NW, Watford City, ND 58854-9624 |
| jdb | #+ | Kasey Bourne, 12249 26F Street NW, Watford City, ND 58854-9624 |
| 1086940 | + | DCI Credit Services Inc., 121 East Rosser Avenue, Bismarck, ND 58501-3864 |
| 1086941 | + | DCI Credit Services, Inc, Attn: Bankruptcy, 121 East Posser Ave., Bismarck, ND 58501-3864 |
| 1086943 | + | Douglas Knoertzer, 12249 26F St, Watford City, ND 58854-9624 |
| 1086947 | + | Hospital Services, Inc, PO Box 7340, Bismarck, ND 58507-7340 |
| 1086951 | + | Kelly Jean Moe, Esq., McKenzie County Assistant States Attorne, 201 Fifth St. NW., Ste. 550, Watford City, ND 58854-7129 |
| 1086952 | | Law Office of Christopher A. Carlson, Post Office Box 7428, Bismarck, ND 58507-7428 |
| 1086953 | | Legendary Smiles PC, 361 North Main St S, Watford City, ND 58854 |
| 1086956 | + | McKenzie County Healthcare Systems, Inc., 709 4th Ave NE, Watford City, ND 58854-7628 |
| 1086955 | + | Mckenzie County District Court, 201 5th St NW #524, Watford City, ND 58854-7118 |
| 1086961 | | North Dakota, Benefit Section PO Box 5507, Bismarck, ND 58506-5507 |
| 1086969 | + | Sidney Health Center, 214 14th Ave SW #114, Sidney, MT 59270-3521 |
| 1086970 | + | State of Michigan, Kalkaska County Courts, 605 North Birch Street, Kalkaska, MI 49646-8414 |
| 1091430 | | USA/Internal Revenue Service, Attn: Kent Rockstad, AUSA, United States Attorney's Office, 655 1st Ave N, Ste 250, Fargo, ND 58102-4932 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 11 2026 23:06:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AIS.COM | Sep 11 2026 23:06:00 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 1086934 | + | Email/Text: mnapoletano@ars-llc.biz | Sep 11 2026 19:00:00 | Ability Recovery Services LLC, PO Box 4262, Scranton, PA 18505-6262 |
| 1089637 | + | Email/Text: bkattorneynotices@gmail.com | Sep 11 2026 19:00:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 1086935 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 11 2026 19:00:29 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd. 4th Floor, Sherman Oaks, CA 91411 |
| 1086937 | + | EDI: CCS.COM | Sep 11 2026 23:06:00 | CCS, 725 Canton Street, Norwood, MA 02062-2609 |
| 1086936 | + | EDI: CAPITALONE.COM | Sep 11 2026 23:06:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 1086938 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2026 19:03:29 | Credit One Bank N.A., Attn: Bankruptcy, P.O. |

| | | | | |
|---|---|---|---|---|
| | | | | Box 98871, Las Vegas, NV 89193-8871 |
| 1086939 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2026 19:03:29 | Credit One Bank N.A., P.O. Box 98871, Las Vegas, NV 89193-8871 |
| 1086944 | | Email/Text: exeter@ebn.phinsolutions.com | Sep 11 2026 19:00:00 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6097 |
| 1088266 | | Email/Text: exeter@ebn.phinsolutions.com | Sep 11 2026 19:00:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, PO Box 650693, Dallas, TX 75265 |
| 1087103 | + | EDI: AISACG.COM | Sep 11 2026 23:06:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1089638 | + | Email/Text: opportunitynotices@gmail.com | Sep 11 2026 19:00:00 | First Electronic Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 1086945 | + | EDI: AMINFOFP.COM | Sep 11 2026 23:06:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 1086946 | + | Email/Text: galaxybk@galaxyllc.net | Sep 11 2026 19:00:00 | GALAXY INTERNATIONAL PURCHASING, LLC, 4730 S. Fort Apache Road Suite 300, Las Vegas, NV 89147-7947 |
| 1086948 | + | EDI: PHINGENESIS | Sep 11 2026 23:06:00 | Indigo Mastercard, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 1086949 | | EDI: IRS.COM | Sep 11 2026 23:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1089614 | | EDI: JEFFERSONCAP.COM | Sep 11 2026 23:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 1086950 | | EDI: JEFFERSONCAP.COM | Sep 11 2026 23:06:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 1087172 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 19:03:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 1086954 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 19:03:33 | Lvnv Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 1086958 | | Email/Text: bankruptcy@mobiloans.com | Sep 11 2026 19:00:00 | Mobiloans, LLC, Attn: Bankruptcy, PO Box 1409, Marksville, LA 71351-1409 |
| 1086959 | | Email/Text: compliance@monarchrm.com | Sep 11 2026 19:00:00 | Monarch Recovery Management, Inc., 3260 Tillman Drive Suite 75, Bensalem, PA 19020 |
| 1086957 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2026 19:00:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 1088979 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2026 19:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 1086960 | + | Email/Text: netcreditbnc@enova.com | Sep 11 2026 19:00:00 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd Ste. 1000, Chicago, IL 60604-2863 |
| 1088864 | + | Email/Text: netcreditbnc@enova.com | Sep 11 2026 19:00:00 | NetCredit, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 1086962 | + | Email/Text: ecftax@nd.gov | Sep 11 2026 19:00:00 | North Dakota Office of State Tax Commiss, 600 E. Boulevard Ave. Dept. 127, Bismarck, ND 58505-0602 |
| 1086963 | + | EDI: AGFINANCE.COM | Sep 11 2026 23:00:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 1086964 | + | Email/Text: opportunitynotices@gmail.com | Sep 11 2026 19:00:00 | Opploans/feb, Attn: Bankruptcy Dept, 130 E Randolph St. Suite 3400, Chicago, IL 60601-6379 |
| 1089471 | | EDI: PRA.COM | Sep 11 2026 23:06:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 1089642 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 11 2026 19:03:29 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 1089639 | + | EDI: JEFFERSONCAP.COM | Sep 11 2026 23:06:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 1086965 | | Email/Text: customerservice@procollectnd.com | Sep 11 2026 19:00:00 | ProCollect Services, L.L.C., 215 11th Avenue SW PO Box 389, Minot, ND 58702-0389 |
| 1086966 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 11 2026 19:00:00 | Progressive, 6300 Wilson Mills Rd., Mayfield Village, OH 44143-2182 |
| 1088746 | | EDI: Q3G.COM | Sep 11 2026 23:06:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 1086967 | + | Email/Text: ngisupport@radiusgs.com | Sep 11 2026 19:00:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 1086968 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 19:03:33 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 1086971 | ^ | MEBN | Sep 11 2026 18:58:14 | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 1086972 | + | Email/Text: nlorenz@bankofmissouri.com | Sep 11 2026 19:00:00 | THE BANK OF MISSOURI, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 1088079 | | Email/Text: EDBKNotices@ecmc.org | Sep 11 2026 19:00:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 1089436 | | EDI: AIS.COM | Sep 11 2026 23:06:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | USA/IRS |
| 1086942 | *+ | DCI Credit Services, Inc, Attn: Bankruptcy, 121 East Posser Ave, Bismarck, ND 58501-3864 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|

| | |
|---|---|
| Christianna A. Cathcart | on behalf of Debtor Joseph Bourne christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Joint Debtor Kasey Bourne christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Kent Rockstad | on behalf of Creditor USA/IRS Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Kyle L. Carlson | info@carlsonch13mn.com kcarlson13@ecf.epiqsystems.com;trusteeNDB50@ecf.epiqsystems.com |
| Maurice VerStandig | on behalf of Debtor Joseph Bourne mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor Kasey Bourne mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 7

Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
**District of North Dakota**

---

Case No.: 23−30259
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Bourne<br>12249 26F Street NW<br>Watford City, ND 58854 | Kasey Bourne<br>12249 26F Street NW<br>Watford City, ND 58854 |

Social Security / Individual Taxpayer ID No.:

| | |
|---|---|
| xxx−xx−1600 | xxx−xx−4869 |

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 11, 2026.

Dated: 9/11/26

**Sara E Diaz**
Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102−4932

BY: /s/ Hayley Delorme
Deputy Clerk