United States Bankruptcy Court
District of North Dakota

In re: Case No. 23-30259-skh
Joseph Bourne Chapter 13
Kasey Bourne
Debtors

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 2
Date Rcvd: Sep 11, 2026 Form ID: pdf2some Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Joseph Bourne, Kasey Bourne, 12249 26F Street NW, Watford City, ND 58854-9624 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna A. Cathcart | on behalf of Debtor Joseph Bourne christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Joint Debtor Kasey Bourne christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Kent Rockstad | on behalf of Creditor USA/IRS Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Kyle L. Carlson | info@carlsonch13mn.com kcarlson13@ecf.epiqsystems.com;trusteeNDB50@ecf.epiqsystems.com |

| | |
|---|---|
| Maurice VerStandig | on behalf of Debtor Joseph Bourne mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor Kasey Bourne mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re: BKY 23-30259
Chapter 13

Joseph Bourne,
Kasey Bourne,

Debtors.

## ORDER DISMISSING CHAPTER 13 CASE

On May 29, 2026, the Chapter 13 Trustee filed and served a Motion to Dismiss Chapter 13 Case, showing cause for the relief he seeks. Debtors filed a response in opposition, but withdrew their response on September 10, 2026. Accordingly, IT IS ORDERED that the Motion to Dismiss Chapter 13 Case is **GRANTED**. This case is **DISMISSED.**

Dated this 11th day of September, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court